**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. ____________ |

**DECLARATION OF MICHAEL ZIEGLER**

I, Michael Ziegler, declare as follows:

1. I am the elected Executive Director of the Graduate Labor Organization, AFT Local 6516 (GLO). As Executive Director, I have personal knowledge of the contents of this declaration and/or have knowledge of the matter based on records available to me. If called as a witness, I could and would testify competently to the following facts.

2. GLO is the union of graduate student employees at Brown University ("Brown") in Providence, Rhode Island. GLO also represents postdoctoral scholars and undergraduate students employed in several different job categories. GLO is an affiliate of the American Federation of Teachers ("AFT"), and all GLO members, by virtue of that affiliation, are members of AFT.

3. GLO was established through the foundational work of Stand Up for Graduate Students (SUGS), which formed in 2014 and fought for rights and protections at Brown University. As researchers, teachers, and mentors at Brown, graduate workers are vital to the everyday

working of the university. Through collective bargaining and collective action, we advocate for the needs of a diverse student body, fight against discrimination in all its forms, and nurture a caring community that supports the personal and professional lives of all student workers. GLO is a unit of American Federation of Teachers Local 6516.

4. I am familiar with the Department of Homeland Security's rulemaking *Establishing a Fixed Time Period of Admission and an Extension of Stay Procedure for Nonimmigrant Academic Students, Exchange Visitors, and Representatives of Foreign Information Media* (the "Final Rule"). I understand that, among other things, the Final Rule eliminates the "duration of status" admission period for F and J nonimmigrants and replaces it with admission for a fixed time period based on their length of program, not to exceed 4 years absent an extension approved by immigration officials.

5. Approximately half of GLO's membership is composed of international scholars, and the overwhelming majority of those international members hold F-1 or J-1 nonimmigrant status. Many of these members' nonimmigrant status is directly impacted by the Final Rule..

6. The Final Rule harms GLO's members in several ways. First, the Final Rule will require all F and J nonimmigrants to file an Extension of Stay (EOS) request with USCIS any time their program end date changes, and in no event longer than four years after their initial admission. The financial burden of each extension filing is substantial, requiring a minimum of $420 in filing fees, with a premium processing fee of $1,965 for applicants who cannot wait through standard processing times that USCIS currently estimates at approximately 5 months.

7. Second, the Final Rule significantly inhibits academic mobility for graduate students by prohibiting F-1 students from changing programs, schools, or academic focus or matriculating into a program with the same or lower academic level as the one they have

completed.

8. And third, the Final Rule reduces the post-completion grace period for F-1 students from 60 days down to 30 days. That's less time for students to attend academic conferences, prepare for departure, or transition to a new immigration status.

9. The harms of the Final Rule are particularly acute for GLO's members at Brown because of the structure of Brown's doctoral programs and the nature of the academic work GLO's members perform.

10. All doctoral students in the humanities and social sciences at Brown are admitted with six years of guaranteed funding to complete their degrees. Because the Final Rule caps admission at four years, GLO is aware of dozens of F-1 members currently completing their degrees who will be required to file extension applications, and bear the associated costs and processing uncertainty, simply to access their entire term of guaranteed funding. These members face the prospect that an extension denial or processing delay could prevent them from completing a degree program for which Brown has already committed full financial support.

11. It is also common for GLO members who enter a doctoral program to decide to instead pursue a terminal master's degree. This is a routine and legitimate academic decision that reflects evolving research interests and career goals. The Final Rule's restrictions on changing programs or academic focus will impede these transitions, forcing members to choose between adapting their academic trajectory and maintaining their immigration status.

12. The Final Rule's prohibition on matriculating into a program at the same or lower academic level as a completed program also harms GLO members who, upon completing their doctoral degrees, seek to pursue a master's degree in a complementary field. It is common in academia for scholars who have completed a PhD to pursue additional credentials to broaden their

expertise or qualify for positions that require training in more than one discipline. For example, a GLO member who completes a PhD in comparative literature may seek a master's degree in a language or in education to strengthen their candidacy for faculty positions that involve teaching in those areas. Under the prior duration-of-status framework, such a member could transition to a new program without interruption. The Final Rule forecloses this path entirely, barring F-1 students from enrolling in any program at or below the academic level of a degree they have already obtained.

13. GLO represents members in academic disciplines where completion of fieldwork outside the United States is necessary. This is particularly common in departments such as anthropology and archaeology, where international fieldwork is integral to the research that the doctoral programs require. Members in these disciplines who must travel abroad to complete required fieldwork will, upon their return, have less time remaining in the reduced 30-day grace period. The shortened grace period thus creates a direct conflict between the degree requirements of these programs and the immigration constraints the Final Rule imposes, putting GLO's members in these fields at a particular disadvantage.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 17, 2026 in Providence, Rhode Island.

Michael Ziegler
Michael Ziegler (Aug 17, 2026 16:02:31 EDT)

MICHAEL ZIEGLER