**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, *et al.,*

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

Case No. ______________

**DECLARATION OF MONINDER SINGH**

**DECLARATION OF MONINDER SINGH**

I, Moninder (Holly) Singh, declare as follows:

1. I am the assistant Vice President of International Relations and Initiatives in the Academic Enterprise Enrollment Team, Office of the Provost, at Arizona State University (ASU). In that role, I am responsible for the operational oversight of ASU's International Students and Scholars Center (ISSC) as well as other aspects of the international student and scholar experience at ASU. I have worked in higher education, with a focus on international education, for almost 30 years. In my current capacity at ASU, I have personal knowledge of the contents of this declaration and/or have knowledge of the matter based on records available to me. If called as a witness, I could and would testify competently to the following facts.

2. ASU is a founding member of the Presidents' Alliance on Higher Education and Immigration, represented by its president, and has paid annual dues since joining the Presidents' Alliance in 2017.

3. I am providing this declaration to explain certain impacts of the Department of Homeland Security's rulemaking *Establishing a Fixed Time Period of Admission and an Extension of Stay Procedure for Nonimmigrant Academic Students, Exchange Visitors, and Representatives of Foreign Information Media* (the "Final Rule"). I understand that, among other things, the Final Rule eliminates the "duration of status" admission period for F and J nonimmigrants and replaces it with admission for a fixed time period based on their length of program, not to exceed 4 years absent an extension approved by immigration officials.

4. ASU is a comprehensive public research university measured not by whom it excludes, but by whom it includes and how they succeed. Unlike other institutions, ASU does not cap enrollment of qualified students. As a result, international enrollments at ASU represent

additional institutional capacity rather than displacing undergraduate educational opportunities for Arizonans or other domestic students. Because international students pay full out-of-state tuition, the resulting revenue directly subsidizes and lowers the cost of education for Arizona families.

5. ASU is the number one public university chosen by international students. In academic year 2024, ASU welcomed over 15,000 students (more than 12,000 of them on campus) from more than 150 countries around the world, representing a decade of continuous growth in international enrollment.

6. International students at ASU contribute more than $545 million in tuition revenue annually, with a total annual impact of nearly $700 million in Arizona gross domestic product. This activity supports approximately 6,000 to 8,000 Arizona jobs while students are enrolled, in addition to the contributions ASU's graduates make to the Arizona economy.

7. Many of ASU's international students work during and after their education. More than 3,000 F-1 students have already been hired to work in various jobs at ASU in the semester that starts this week; most of those students will work as research assistants helping faculty with their research, teaching assistants assisting in the instruction of other students, or student workers aiding administrative departments around the institution. Approximately a third of ASU's international students also receive F-1 OPT employment authorization, more than half of them in STEM.

8. ASU offers more than 800 fully accredited academic degree programs across its multiple campuses and online. ASU students may begin at the institution with the intention of completing a particular degree and then adjust their plans as their education progresses. Many such changes are natural extensions of the student's original plan, such as switching between related sub-specialties or adding a second, related major field. Many students who enroll in one

degree program continue to another program following graduation, such as enrolling in a master's program after completing a bachelor's degree.

9. While many of ASU's international students are able to complete a degree within four years, a significant number require more than 4 years. This is especially the case for PhD students, whose degree programs are generally designed to take longer than 4 years. Approximately 70% of ASU's international undergraduate students complete their undergraduate programs within 4 years or less, while approximately three-quarters of ASU's PhD students require more than 4 years to complete their degrees. These percentages reflect the time to complete each specific program in which the student is enrolled; a student who completes an undergraduate degree and remains to complete a master's or PhD program would remain for a longer period reflecting the study necessary to receive multiple credentials.

10. The ASU International Students and Scholars Center supports students enrolled at ASU, including by providing them with information about their visa status and requirements and coordinating with other offices that manage academic advising and student employment. ISSC's current staffing, technology, and workflows were designed around the duration of status rules. Adoption of the Final Rule will require retraining, new workflows, and updates to immigration processing software. The Final Rule's new requirements regarding extensions and other approvals will require additional work monitoring deadlines to prevent gaps in status and provide reinstatement support when students fall out of status (including inadvertently due to missed deadlines). Additional work will also be required to coordinate with other offices around the university, especially regarding changes to majors, reductions in course load, and other academic progress matters. Students experiencing delays or denials may be unable to complete their programs in person, requiring assistance from the university to identify alternative strategies and to provide academic

and personal counseling support.

11. To ensure that both students and the staff who support them are aware of the requirements of the Final Rule, ASU and especially the ISSC must develop and provide additional resources such as websites, webinars, and guides regarding the extension process. Students will have more questions about filing extensions, timelines, required documents, and potential risks, leading to longer advising sessions and higher appointment demand. Any delays resulting from increased USCIS workload or inconsistency in guidance provided by embassies and consulates will require additional support from the university to assist in navigating any resulting challenges to degree completion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 17, 2026 at Tempe, Arizona

/s/ Moninder Singh________

Moninder Singh