**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. _____________ |

**DECLARATION OF GRACE ATEBE**

**DECLARATION OF GRACE ATEBE**

I, Grace Atebe, declare as follows:

1. I am the Executive Director of Office of International Services (OIS) at Oregon State University (OSU). I hold a Doctor of Education in Education Leadership and Administration from West Virginia University, and I have over 15 years of experience in the international education field, including leadership, student advocacy, support and development, and global learning and engagement. OIS is responsible for supporting international students, employees and exchange visitors, including immigration advising for individuals and institutional compliance with federal immigration rules and regulations. I make this declaration based on my personal knowledge, my role at OSU, and information maintained or verified by OSU in the ordinary course of its operations.

2. OSU is a member institution of the Presidents' Alliance on Higher Education and Immigration, represented by the President of OSU. OSU pays annual dues to the Presidents' Alliance on Higher Education and Immigration.

3. I am familiar with the Department of Homeland Security's rulemaking *Establishing a Fixed Time Period of Admission and an Extension of Stay Procedure for Nonimmigrant Academic Students, Exchange Visitors, and Representatives of Foreign Information Media* (the "Final Rule"). I understand that, among other things, the Final Rule eliminates the "duration of status" admission period for F and J nonimmigrants and replaces it with admission for a fixed time period based on their length of program, not to exceed 4 years for degree programs and 24 months for English Language Programs (ESL), absent an extension approved by immigration officials.

**A. Background**

4. OSU is a public land grant research university within the State of Oregon and has approximately 36,000 students as of Spring 2026, and over 6,000 full and part-time employees who study, work, and/or conduct research on its two campuses and other research locations. We enroll students at the English Language Training, undergraduate, graduate, postgraduate, and doctoral levels.

5. Oregon State University has a substantial institutional interest in supporting international students and scholars through successful enrollment, academic progression, degree completion, research participation, and post-completion opportunities. International students and scholars are vital members of the OSU community and contribute to OSU's teaching, research, and land grant mission.

6. The Department of Homeland Security's final rule ending Duration of Status for F and J nonimmigrants and replacing it with fixed admission periods and extension-of-stay requirements creates immediate operational and educational concerns for OSU. The rule changes the compliance framework from a primarily SEVIS-centered institutional model to one that requires individuals to track fixed Form I-94 admit-until dates and, in many common situations, file extension-of-stay applications with USCIS. For example, at OSU a PhD in STEM fields can take over 5 years while the student's F-1 admit-until date would only be issued for 4 years.

**B. Harms to recruitment, enrollment, retention, student success, and disruptions to academic programs.**

7. The rule threatens OSU's recruitment, enrollment, and academic pathway commitments. Some international students have already made enrollment and financial commitments based on academic pathways that may now require additional immigration review and cost, SEVP authorization, extension-of-stay filing, or reentry planning. OSU

currently has 47 students admitted to one- or two-term Pathway programs, including 16 who have paid a $2,000 deposit, and 17 students enrolled in Academic English-to-degree or Pathway study plans. These programs are designed to allow students to build academic and English-language readiness and then transition into degree study. The rule appears to treat this planned transition as a change of educational level, educational objective, or similar event, which is either restricted within the first academic year, or requiring additional USCIS approval, disrupting OSU's ability to deliver the pathway communicated during recruitment and admissions.

8. The rule creates concrete concerns for future international enrollment. The College of Engineering students represent a significant portion of OSU's international undergraduate population and are especially affected because engineering degree timelines, prerequisites, academic fit, and program sequencing do not always align neatly with a fixed four-year admission period. For Fall 2026, OSU has offered admission to 211 international undergraduate engineering students, with 60 confirmed and 58 having paid required deposits. A fixed period admission model of only 4 years may make U.S. study less predictable for prospective students deciding where to enroll. If we lose students to another country's higher education system, and later this regulation is repealed or invalidated, regaining that student is likely impossible due to their pivot to education elsewhere.

9. OSU's institutional research shows that academic movement is a normal and supported part of student success. The Fall 2018 cohort movement study states that many students change majors during college to determine the best major for their interests and career path. (OSU Fall 2018 Cohort Movement Study[1]). The study reports that the Fall 2018 freshman cohort consisted of 3,339 students, with a 70.1% six-year graduation rate and another 2.8%

[1] https://institutionalresearch.oregonstate.edu/sites/institutionalresearch.oregonstate.edu/files/2025-05/cohort2018-movementstudy.pdf

still enrolled after six years. It also states that about 21% of the cohort who graduated or were enrolled after six years had a different major from the one they started with, typically within the first two years.[2]

10. The rule threatens graduate program flexibility and degree completion. Graduate education is often nonlinear. Students may need to change a major, program, or degree objective because of academic fit, funding changes, research disruption, advisor changes, candidacy outcomes, or personal circumstances. OSU has 124 admitted Master of Engineering students for Fall 2026, including 24 who have confirmed enrollment and paid deposits. Historically, approximately one-third of OSU Master of Engineering students per year move into research-focused MS programs by faculty invitation after demonstrating their academic and research potential. This possibility has been discussed with prospective students throughout the recruitment and admissions cycle and has formed part of their decision-making process. If the rule restricts or complicates this academic pathway, which in some instances adds time to degree and therefore will require an EOS application, it undermines student trust, creates dissatisfaction among newly enrolled students, and negatively impacts future graduate recruitment efforts. Additionally, OSU may lose an important mechanism for identifying and supporting innovative students for research that solves global challenges, as well as graduate teaching assistants, and graduate research assistant pathways.

11. In spring 2026, at least 4 graduate students changed programs from doctoral to Master, and approximately 22 added a concurrent master's program to a doctoral program. Approximately 19 made other curricular changes such as adding a certificate, dual major, or change in degree type within the same major (Master of Science to Master of Engineering and vice versa). Approximately 30-50 students made some changes to their initial Program of

[2] *Id.*

Study at admission. The final rule may restrict these kinds of normal academic changes as "changes in educational objectives" for graduate students who are seeking to invest and make the best decisions possible to support their academic and career interests. At minimum, these changes add time to degree, which may require an EOS application, and the related uncertainty of the USCIS adjudication outcome.

12. In spring 2026, approximately 22 OSU international undergraduate students were placed on academic probation, and 9 international undergraduate or lower-level (undergraduate pathway) students were placed on academic suspension. As written, the final rule would restrict these students from being eligible to transfer to another SEVIS approved institution or change their educational objectives. Additionally, they would not be eligible for an EOS application. These restrictions therefore leave little to no options for these students to remedy their academic paths, and progression in the U.S., despite having heavily invested in the U.S. academic system, and more specifically OSU.

13. The rule affects OSU's retention, graduation, and ordinary academic-mobility interests. OSU tracks retention and graduation as core institutional outcomes, and OSU's retention and graduation reporting separately identifies international students. If students need additional time to complete a program, begin a new program, or pursue post-completion OPT or STEM OPT, they will face uncertainty associated with extension-of-stay adjudication or may need to depart the United States and seek a new period of admission upon reentry. These are deterrents to studying in the US at all.

14. The rule creates additional friction for our dozens of international student-athletes. NCAA transfer rules, academic-progress rules, athletic eligibility requirements, and emerging student-athlete compensation frameworks may require student-athletes and institutions to make timely decisions. The final rule adds immigration restrictions related to F-1 transfers,

changes of education level, changes of major, first-academic-year mobility, admit-until dates, extension-of-stay requirements, and SEVP authorization. As a result, international student-athlete decisions may require simultaneous review by OIS, Athletics Compliance, and academic units. This is an additional administrative burden on already-strapped offices.

**C. Harms to research and teaching**

15. Many international scholars and students, particularly graduate students, at OSU make critical contributions to the classroom instruction and research capabilities of the university.

16. At OSU, we have over 990 international graduate students (Spring 2026) and approximately 350 international employees and Exchange Visitors. Approximately 150 of these are J-1 Exchange Visitors. Many of OSU's Exchange Visitors lead or support critical research initiatives, while graduate students serve as graduate assistants, research assistants, and teaching assistants. The implementation of this final rule capping authorized stay and requiring EOS applications introduces uncertainty in the continuity of work and overall increased potential for work disruption.

17. Often the research performed at OSU spans multiple years and its success depends in part on continuity of research staff.

18. The loss in enrollment of international students and scholars we anticipate resulting from the elimination of duration of status will have direct negative consequences for many research efforts at OSU by disrupting the continuity of research teams and draining the university of talented or specialized individuals.

19. Additionally, many international students and scholars make important contributions to OSU through teaching roles, including as visiting professors, lecturers, teaching assistants, research assistants, research and laboratory supervisors, etc.

20. The loss in enrollment of international students and scholars we anticipate resulting from the elimination of duration of status will directly and negatively impact the university's ability to provide its student body the high-quality and in some cases specialized instruction they require.

**D. Student travel harms**

21. International travel is a common feature of the educational and academic experience at OSU. International students and scholars frequently travel abroad, for instance to attend conferences, to study abroad, to perform their research duties, and as part of their classroom curriculum.

22. But current F-1 students may be deterred from traveling internationally after the Final Rule, because students who exit the United States and reenter will receive a new Form I-94 upon return, which would move them from duration of status to the fixed-term system. It would also reduce their grace period at the conclusion of their program from 60 days to 30 days.

23. These disincentives to travel may cause disruption to travel-based components to the academic experience at OSU. Students may not be able to participate in study abroad, to complete travel-based components of their course work and research responsibilities and attend academic and professional development opportunities. These harms to OSU's ability to carry out its educational mission by ensuring that students and scholars are able to fully participate in academic offering are irreparable—those missed opportunities to provide academic enrichment cannot be recovered in the future.

24. For that reason, OSU may need to restructure some of these academic offerings to accommodate international students who now feel unsafe to travel. These lasting changes to programs to accommodate the Final Rule are irreparable.

**E. Compliance Costs and Administrative Burdens.**

25. The rule imposes immediate administrative burden and systems impact on OSU in other ways. OSU must redesign systems, workflows, training, communications, quality-control processes, and escalation procedures to track admit-until dates separately from I-20 and DS-2019 program end dates, identify students and scholars with upcoming expiration dates, support extension-of-stay requests, track USCIS receipts and outcomes, update Sunapsis and SEVIS processes, and manage restricted academic and educational-objective changes. OSU has estimated approximately 67 hours for Designated School Official and ARO familiarization and adaptation in the first year. Applying that estimate to OSU's working assumption of 16.0 OIS FTE involved in implementation equals approximately 1,072 staff hours in the first year, even before calculating case-specific extension work, campus partner training, business-process development, software configuration, or complex case response.

26. The rule requires OSU to redirect institutional resources toward compliance redesign and may disrupt established academic programs and routes that support all students, not just international student and scholar success.

**F. Financial harms**

27. International students and scholars make significant contributions to OSU through tuition, fees, housing, dining, and participation in athletic and research activities. These are significant sources of revenue which promote OSU's financial stability and ensure its ability to offer the best services and programs to the campus community.

28. An uncertain EOS process increases the risk of a denial and forced departure without the option of an appeal. At stake would be an incomplete degree, and possible loss of credits and loss of hundreds of thousands of dollars invested in students' academic pursuits (as illustrated below).

29. Illustration of OSU's non-resident cost of attendance, the investment at risk for OSU's international students if faced with an EOS denial:

| **Cost of attendance UG Non-resident AY25-26** | **Estimated 3% increase AY26-27** | **Estimated 3% increase AY27-28** | **Estimated 3% increase AY28-29** | **4-year Total Investment at Risk** |
|---|---|---|---|---|
| $61,893.00 | $63,749.79 | $65,662.28 | $67,632.15 | $258,937.22 |

30. **A decline in international student enrollment directly impacts the cost of attendance for resident students.** At our public higher education institutions, undergraduate out of state tuition helps Oregon (and other states) set affordable resident tuition rates in the face of nationwide declining state support. International students pay out of state/nonresident tuition.

31. Any reduction in international student enrollment as a result of the Final Rule would disrupt these revenue streams and undermine OSU's ability to support some academic programs mainly provided to domestic students, and institutional priorities.

32. Additionally, losing international enrollment would mean failing to recover on sunk investments in international student recruitment, admissions, and academic support.

33. This lost revenue and these sunken investments would be unrecoverable.

**G. Reputational harms**

34. OSU prizes the reputation it has cultivated as a highly regarded institution of higher learning that is an attractive destination for international students wishing to study in the United States. That is the result of decades of effort building relationships with international students, faculty, scholars, international sponsoring organizations and government agencies, and educational partners.

35. Presently, students and scholars from over 100 countries are members of the OSU

community.

36. The Final Rule undermines international confidence in U.S. institutions of higher education, including OSU. It communicates to people around the world, including prospective students and scholars and their families, that the United States is not welcoming to noncitizen students and that the policy and regulatory environment is unstable, unreliable, and unpredictable.

37. In OSU's efforts to compete in a global marketplace for academic talent, it is seriously harmed when its identity as a U.S. institution becomes a hinderance rather than an asset. These harms are difficult to quantify but diminish OSU's ability to recruit and retain academic talent, and ultimately to fulfill its research and educational objectives.

38. Such damage to OSU's international reputation is also difficult to repair and effectively unrecoverable, even if the Final Rule were to ultimately be vacated.

39. The harms described above cannot be fully remedied after the fact. If students choose not to enroll, lose confidence in OSU's academic pathways, delay or abandon degree objectives, experience interruption in authorized employment or training, or face uncertainty, that undermines retention and completion, OSU's institutional interests in education, research, recruitment, student success, and compliance operations are immediately affected.

40. For these reasons, I believe the final rule ending Duration of Status will cause significant harm to Oregon State University's educational mission, international student and scholar support functions, and administrative operations if it is allowed to take effect.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of August, 2026, in Corvallis, Oregon.

Grace Atebe, EdD
Executive Director, Office of International Services
Oregon State University