**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, *et al.,*

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

Case No. ______________

**DECLARATION OF**
**EZEKIEL EMANUEL, UNIVERSITY OF PENNSYLVANIA**

**DECLARATION OF EZEKIEL EMANUEL, UNIVERSITY OF PENNSYLVANIA**

I, Ezekiel J. Emanuel, declare as follows:

1. I am the Vice Provost for Global Initiatives at the University of Pennsylvania ("Penn"). I have served in this role since 2011. As Vice Provost for Global Initiatives, I have personal knowledge of the contents of this declaration and/or have knowledge of the matter based on records available to me. If called as a witness, I could and would testify competently to the following facts.

2. The University of Pennsylvania is a member institution of the Presidents' Alliance on Higher Education and Immigration, represented by its President, J. Larry Jameson. Penn pays annual dues to the Presidents' Alliance on Higher Education and Immigration.

3. I am familiar with the Department of Homeland Security's rulemaking *Establishing a Fixed Time Period of Admission and an Extension of Stay Procedure for Nonimmigrant Academic Students, Exchange Visitors, and Representatives of Foreign Information Media* (the "Final Rule"). I understand that, among other things, the Final Rule eliminates the "duration of status" admission period for F and J visa holders and replaces it with admission for a fixed time period based on their length of program, not to exceed 4 years absent an extension approved by immigration officials.

4. Penn is a private research university in Philadelphia, Pennsylvania with a full-time student population of more than 24,000, including more than 10,300 undergraduates and approximately 14,000 graduate students.

5. Penn is home to a thriving cohort of international students and scholars who are essential to the life and work of the university as students, researchers, teachers, and colleagues. There were 6,785 international students enrolled in Penn at all levels in Fall 2025, including 13%

of the first-year undergraduate class.

6. Penn devotes significant time and resources to serving our international community members and ensuring their compliance with all applicable immigration laws through the International Student and Scholars Services (ISSS) office.

7. The announcement of the Final Rule has raised significant concerns among students, scholars, faculty, and staff at Penn and is anticipated to cause significant harm to the University and its international community.

**A. Harms to recruitment, enrollment, and retention.**

8. Since the publication of the Final Rule, Penn has received feedback from faculty, administrators, and current and prospective international students and scholars that the elimination of duration of status and other changes in the Final Rule risk creating a strong disincentive to international students and scholars coming to or continuing their studies in the United States. It comes on the heels of a number of recent changes to international student visa administration that have discouraged students from pursuing higher education in the United States, including bans on student visa issuance in 39 countries, visa appointment scheduling delays in some countries, additional scrutiny of social media for all F and J applicants, and antagonistic rhetoric.

9. Many academic programs at Penn share concern about the Final Rule, particularly where the structure of a program makes it likely that, under the Final Rule, students will be required to file an extension of stay (EOS) request part way through these studies. For example, students in Penn's MD-Ph.D. program—of whom approximately 7% are international students—typically take eight years to complete their program. These students will be required to submit at least one EOS request under the Final Rule. More broadly, many doctoral students at Penn will require more than four years to complete their program, and these students will be required to file EOS requests

to continue their studies.

10. As another example, Penn offers undergraduates several submatriculation programs in which the student works towards a master's degree while completing their bachelor's degree and completing these courses of study will often take longer than four years. Examples include, in the School of Arts and Sciences, fifth year in pathways like education, social and public policy, and computer science, and Professional master's pathways administered through the College of Liberal and Professional Studies. Another similarly affected accelerated master's program is the Jacobs Master of Science in Quantitative Finance pathway at the Wharton School of Business.

11. Finally, international graduate students at Penn often received their undergraduate education at U.S.-based institutions. For instance, 55% of international students at Penn's Graduate School of Education received their bachelor's degree from a U.S. college or university. Under the Final Rule, simply to begin their studies at Penn, each of these students would now be required to file an EOS request.

12. Penn anticipates that the requirement to file an EOS for a student to begin or continue their studies at Penn will be a major deterrent to student enrollment, as it represents not only a financial and administrative burden, but more importantly introduces risk and uncertainty that can undermine a student's confidence in the continuity of their studies. Faced with these risks, some students will decide the safer course is to seek an education in a country where they have greater confidence that they will be able to complete their program as planned.

13. Penn has already observed a decline in international student enrollment. For example, one master's program at Penn has reported that far more admitted international students have withdrawn from that program's entering class than in previous years. As of the end of July 2026,

several dozen students had withdrawn from the incoming class, which was more than twice the number of students who had withdrawn this time last year, and more than three times the number of students who withdrew in years prior to that. Many of these withdrawing international students have cited concerns related to visa issuance and international mobility as their reason for withdrawing, strongly indicating that the Final Rule is a major factor driving this surge in withdrawals.

14. Other programs at Penn have similarly reported concerns among current and prospective students regarding their Final Rule and these students' willingness to study at Penn under the new rules. For example, several other programs at Penn have reported instances of current students considering taking a leave of absence from the university.

15. This decline in enrollment is a significant and irreparable harm. The loss of any admitted student represents a lost opportunity to educate a talented and promising individual whom Penn has specifically selected from among many applicants. Penn aims each year to assemble the most talented cohort of students possible, and its reputation as a world-leading institution enables it to compete for the best and brightest students anywhere in the world. Each admitted international student represents a talented individual who would enrich the campus community, enliven classroom discussion, contribute to Penn's research and educational mission, and become a Penn alum representing the university and the value of American higher education to governments, employers, and civil society around the world. When Penn's ability to educate the talented students of its choice is impinged—for example, when those students are deterred from studying in the United States because of the changes made by the Final Rule, and instead choose to pursue their education elsewhere—that broken educational relationship cannot later be repaired.

16. What is more, international students and scholars make irreplaceable contributions to the culture of Penn's campus. International students and scholars bring different perspectives to

classroom discussion, research teams, and campus organizations and initiatives. Like all Penn students, they pioneer new insights and raise intellectual discourse, while fostering intercultural dialogue and exchange, which is essential to a robust educational experience. Any diminution in international student enrollment therefore detracts irreparably from the experience of students who do enroll and study at Penn.

17. These harms go to the fulfillment of Penn's mission as a research and educational institution, as well as its reputation as a world-leading institution of higher education.

**B. Harms to international student travel.**

18. Since the publication of the Final Rule, Penn has heard from international students and scholars concerns related to international travel, which is causing students to consider altering their travel plans, including their participation in Penn programs.

19. At certain schools, international students have reported significant reluctance to travel internationally, including to participate in international courses, conferences, study-abroad programs, and other activities requiring travel outside the United States because of concerns regarding reentry.

20. International travel is an important aspect of the educational curriculum at Penn. Every year many students participate in courses and activities held outside of the United States. Resistance among students to international travel directly undermines Penn's ability to pursue its educational mission, and also harms Penn's reputation as a globally engaged university.

21. Students have also expressed concerns about international travel during winter and summer breaks, when many students would otherwise travel home. Penn anticipates increased demand for winter-break housing, dining services, emergency financial assistance, mental health resources, immigration advising, and additional support services for students remaining on campus

at greater levels than in previous years, which will place significant new demands on university staff and resources.

**C. Administrative burdens and compliance costs**

22. ISSS anticipates significant operational changes arising from the need to monitor each student's authorized admission period independently from SEVIS program dates. That includes the need to update the office's technical capability to track I-94 validity periods, extension requests, adjudications, reminders, compliance reporting, and institutional interventions.

23. ISSS maintains iPenn, an online system that allows international students and scholars to access information about their status as an international student or scholar at Penn, request documents, and submit information and updates to ISSS. ISSS anticipates that iPenn and related institutional systems will require significant enhancement to support ongoing monitoring of immigration status, authorized periods of stay, extension filings, and institutional compliance obligations in response to the Final Rule. The estimated cost to Penn of updating these systems would be $500,000 - $1,000,000.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 17, 2026, at the University of Pennsylvania.

________________________

Ezekiel J. Emanuel, M.D., Ph.D.