**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, *et al.,*

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

Case No. ______________

**DECLARATION OF MARIE LYNN MIRANDA,**
**UNIVERSITY OF ILLINOIS CHICAGO**

**DECLARATION OF MARIE LYNN MIRANDA/UNIVERSITY OF ILLINOIS CHICAGO**

I, Marie Lynn Miranda, declare as follows:

1. I am the Chancellor of the University of Illinois Chicago ("UIC"). As Chancellor, I have personal knowledge of the contents of this declaration and/or have knowledge of the matter based on records available to me. If called as a witness, I could and would testify competently to the following facts.

2. UIC is a public research university located in Chicago, Illinois with a total enrollment of 35,869 as of Fall 2025, including 24,260 undergraduates, 7,341 graduate students, and 4,268 professional students.

3. UIC is a member institution of the Presidents' Alliance on Higher Education and Immigration, represented by its Chancellor, Marie Lynn Miranda. UIC pays annual dues to the Presidents' Alliance on Higher Education and Immigration.

4. I am familiar with the Department of Homeland Security's rulemaking *Establishing a Fixed Time Period of Admission and an Extension of Stay Procedure for Nonimmigrant Academic Students, Exchange Visitors, and Representatives of Foreign Information Media* (the "Final Rule"). I understand that, among other things, the Final Rule eliminates the "duration of status" admission period for F and J nonimmigrants and replaces it with admission for a fixed time period based on their length of program, not to exceed 4 years absent an extension approved by immigration officials.

5. UIC is home to a large community of international students and scholars who are vital members of the UIC community, whose contributions in the classroom, in research labs, and elsewhere across campus, as students, teachers, researchers, and colleagues, cannot be replaced.

6. As detailed below, the announcement of the Final Rule has raised significant concerns and inflicted serious and irreparable harm on UIC and its community of international students and scholars.

**A. Harms from increased administrative burdens on UIC's International Student and Scholar Services**

7. The proposed transition from the current Duration of Status (D/S) framework to a fixed-term admission model would significantly increase administrative responsibilities across the UIC's international education infrastructure. Under the current system, immigration status maintenance is largely managed through institutional processes such as I-20 and DS-2019 updates, SEVIS reporting, program extensions, and transfer procedures. These activities are administered efficiently by UIC's international student and scholar services professionals without requiring routine adjudication by U.S. Citizenship and Immigration Services (USCIS).

8. Under the proposed rule, many routine academic and employment-related milestones would instead require individual USCIS filings. Activities including program extensions, participation in Optional Practical Training (OPT), STEM OPT extensions, Academic Training, transfers between institutions, changes in educational level, delayed degree completion, and research extensions could trigger additional applications, filing fees, and government review.

9. For UIC, the scale of this impact would be substantial. UIC currently serves 1,286 international undergraduate students, 1,710 international graduate students, and 1,264 students participating in post-completion OPT. UIC has also already admitted 864 international students for Fall 2026, including 404 undergraduate students and 460 graduate students. That amounts to more than 5,100 international students and recent graduates who could be directly affected by changes to status maintenance requirements.

10. As a result, UIC's Office of International Services anticipates that it will face

significantly greater demands related to immigration advising, monitoring filing deadlines, tracking individual I-94 expiration dates, assisting students with USCIS applications, managing status-risk situations, and coordinating with academic departments across the university. Additional staffing, technology, compliance infrastructure, and training would likely be necessary to maintain service levels and reduce institutional risk.

**B. Harms from increased risk of status violation**

11. UIC serves a diverse international student population, including large numbers of doctoral students, professional students, researchers, and participants in practical training programs whose educational pathways often extend beyond initial timelines. Under the current D/S framework, a doctoral student who requires an additional semester to complete a dissertation generally remains in status through an institutional I-20 extension. Under the proposed model, that same student may need to submit a USCIS filing before the expiration of an admission period.

12. Any filing error, processing delay, denial, or missed deadline could create serious immigration consequences. UIC would likely see increased demand for emergency advising, reinstatement support, referrals for legal services, and interventions involving students at risk of falling out of status. These concerns are particularly significant for UIC given its strong emphasis on graduate education, professional programs, health sciences, and research-intensive academic disciplines where extended timelines are often a normal part of academic progress.

**C. Harms to UIC's graduate education and research enterprise**

13. UIC's mission as a major public research university depends heavily on the contributions of international graduate students, postdoctoral scholars, and visiting researchers.

14. Graduate education frequently involves academic transitions such as moving from master's study into doctoral programs, adjusting research interests or dissertation topics, changing

academic departments or educational objectives, collaborating with faculty across institutions, and transferring universities to pursue specialized research opportunities.

15. The Final Rule adds new regulatory barriers to many of these routine academic decisions, including barring some entirely, such as transfers in academic programs by graduate students. Further, increased government adjudication requirements could reduce flexibility and slow academic progress, making U.S. graduate education less attractive relative to competing destinations such as Canada, the United Kingdom, Australia, and Germany.

16. For UIC, where international students are deeply integrated into laboratory research, sponsored projects, healthcare training programs, and innovation initiatives, these restrictions could ultimately affect research productivity and institutional competitiveness.

**D. Harms regarding OPT, STEM OPT, and workforce development challenges**

17. The ability for international students to gain practical work experience through OPT and STEM OPT remains one of the most attractive features of a U.S. education. UIC currently has 1,264 active students participating in post-completion OPT, many of whom are employed in fields critical to Illinois' workforce needs and regional economic development.

18. The changes in the Final Rule may affect students pursuing post-completion OPT, STEM OPT extensions, and academic training by adding filing requirements, processing delays, adjudication risks, and costs that could make these pathways less predictable for students and employers. This uncertainty may influence future enrollment decisions by prospective students and could reduce the attractiveness of the United States as a destination for education and employment.

**E. Enrollment and recruitment risks for UIC**

19. UIC's most significant long-term concern with the Final Rule is its likely impact on international student enrollment.

20. UIC's Fall 2026 international admissions pipeline already reflects substantial enrollment challenges. To date, the university has issued I-20s to 864 admitted international students, including 404 undergraduate and 460 graduate students. Notably, this admitted international student population is approximately 50 percent below historical levels, indicating a significant contraction in UIC's international recruitment pipeline.

21. At a time when universities across the country are working to rebuild international enrollment, the Final Rule is counterproductive to that objective, as it would introduce additional uncertainty related to the processing of immigration paperwork and the requirements for adjudication, program completion timelines, and employment opportunities after graduation, as well as increasing the costs and administrative burdens on students.

22. For UIC, additional declines in student yield, visa issuance rates, or enrollment conversion could further weaken international enrollment and undermine strategic recruitment goals.

23. These implications for international student enrollment translate directly into financial risk for UIC. Current annual tuition and fee levels for international students are approximately $37,712 for Bachelor's programs, $38,386 for Master's programs, $37,434 for Ph.D. programs, and $48,518 for professional programs. Given that Fall 2026 admitted international student numbers are approximately 50 percent below historical levels, UIC may already be experiencing the equivalent loss of 404 undergraduate students, 268 master's students, and 192 Ph.D. and professional students, or an estimated total revenue exposure of $32.7-$34.8 million annually for a single entering cohort.

24. For a large urban research university such as UIC, sustained declines in international enrollment could have consequences extending well beyond tuition revenue. In addition to

costs from tuition and fee revenue, reduced enrollment would also likely affect classroom and teaching support provided by graduate assistants, research productivity, grant competitiveness, the sustainability of academic programs, student support services, and institutional budget flexibility.

**F. Strategic harms for UIC**

25. The Final Rule represents more than an immigration policy change. For UIC, it would increase administrative burden, raise compliance risks, create obstacles to academic progression and practical training, and potentially discourage future international enrollment.

26. These concerns arise at a particularly challenging moment. UIC's Fall 2026 international admissions pipeline is already approximately 50 percent below historical levels, signaling significant market pressures and heightened competition from other countries actively recruiting international talent.

27. UIC's international students contribute not only tuition revenue but also research capacity, innovation, workforce development, cultural richness, and global engagement. Any policy changes that increase complexity, uncertainty, or cost for these students could have far-reaching consequences for the university's educational mission, research enterprise, enrollment strategy, and financial sustainability.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 17, 2026

______________________

Marie Lynn Miranda

Chancellor, University of Illinois Chicago