**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, *et al.,*

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

Case No. ______________

**DECLARATION ON BEHALF OF THE UNIVERSITY OF WISCONSIN-MILWAUKEE**

# Declaration on Behalf of the University of Wisconsin-Milwaukee

I. Declarant Background and Basis of Knowledge

1. My name is Tina L. Freiburger.

2. I am the Interim Provost and Vice Chancellor for Academic Affairs at the University of Wisconsin-Milwaukee ("UWM").

3. I have served in this position since May 1, 2026.

4. In my role, I serve as UWM's chief academic officer and am responsible for the administration and oversight of the University's academic enterprise, including UWM's schools and colleges, enrollment management functions, academic planning, faculty affairs, research support, and other academic units within the Division of Academic Affairs.

5. As Interim Provost, I regularly receive reports and data concerning student enrollment, including international student enrollment, and am familiar with the role international students play in UWM's academic, research, and community engagement missions.

6. I make this declaration based on my personal knowledge, my official responsibilities, information maintained in records that I supervise or review in the ordinary course of business, and information provided to me by UWM employees acting within the scope of their responsibilities. Unless otherwise specified, data provided is current as of August 10, 2026.

7. If called as a witness, I could and would testify competently to the matters stated herein.

II. Overview of International Student Population and Relevant Operations

8. UWM is a public research university within the Universities of Wisconsin system. The Universities of Wisconsin is a member institution of the Presidents' Alliance on Higher Education and Immigration, represented by Renée Wachter, the Interim President of the Universities of Wisconsin. The Universities of Wisconsin pays annual dues to the Presidents' Alliance on Higher Education and Immigration.

9. According to Fall 2025 enrollment data maintained by UWM, the university enrolled approximately 23,104 students, including 19,217 undergraduate students and 3,887 graduate students.

10. UWM currently enrolls more than 1,000 international students representing approximately 83 countries and six continents. An additional 850 alumni maintain active immigration status under Optional Practical Training ("OPT") or STEM Optional Practical Training ("STEM OPT") monitored by UWM.

11. International students are enrolled across undergraduate, graduate, professional, and research programs throughout the university, including significant concentrations in the College of Letters & Science, College of Engineering & Applied Science, and the Lubar College of Business.

12. International students contribute to UWM's educational, research, and public-service missions through academic study, research activities, graduate assistantships, teaching assistantships, campus engagement, and other institutional functions.

13. The specific number of international students affected by the challenged rule, and the extent to which they are concentrated in particular programs, departments, laboratories, assistantships, or research functions, can be determined from university records.

III. Institutional Harms

A. Recruitment, Enrollment, and Retention

14. Since becoming aware of the proposed elimination of Duration of Status ("D/S") and implementation of a fixed-period admission framework, UWM has monitored data prospective, admitted, and current international students regarding the impact of these changes.

15. Following publication of the rule, UWM experienced a significant increase in communications from current and prospective students seeking guidance regarding the rule and expressing concern about its impact on their ability to continue their studies and maintain their future educational plans. To address these concerns, UWM scheduled an informational session for affected students. Within one week of announcing the session, approximately 100 students had registered to attend. UWM anticipates holding additional informational sessions in the future.

16. UWM also launched a dedicated informational webpage on August 10, 2026, to provide updates and resources related to the rule. The volume of student inquiries and the University's need to create additional communications, programming, and support resources reflect the substantial uncertainty and administrative burdens imposed by the rule.

17. UWM is currently within an active international student recruitment and enrollment cycle. As of August 10, 2026, UWM has experienced a 42 percent decrease in applications, a 29 percent decrease in admissions, and a 38.7 percent decrease in enrollments from international students during the 2026-2027 academic term as compared to the previous academic year. Because admissions, housing, course scheduling, assistantship assignments, and research planning occur before the beginning of the academic term, uncertainty associated with the challenged rule is affecting institutional operations now, rather than at some future date.

18. The loss of even a relatively small number of international students causes institutional harm to UWM because those students contribute tuition revenue, support academic programs, participate in research and instructional activities, contribute to campus diversity, and strengthen UWM's international engagement mission.

19. Once an admitted international student enrolls at another domestic or international institution, UWM generally cannot recover that student in a subsequent admissions cycle, even if the challenged rule is later modified or invalidated.

20. Accordingly, enrollment losses occurring during the upcoming recruitment and enrollment cycle are likely to result in lasting institutional consequences.

B. Teaching, Research, and Mission-Critical Operations

21. International students play an important role in UWM's teaching and research mission.

22. International students currently participate in graduate assistantships, teaching assistantships, research assistantships, laboratory and field research, grant-funded projects, specialized academic programs, and other mission-critical functions.

23. UWM employed more than 370 international graduate assistants in teaching and research roles in the 2025-2026 academic year and anticipates a similar need for the current school year.

24. The anticipated reduction, delay, or disruption of these students' enrollment would affect the university's ability to staff instructional activities, support faculty research, maintain continuity in research laboratories, satisfy project timelines, fulfill grant-related obligations, and maintain academic programming.

25. The students affected by the rule are not readily interchangeable. Many possess specialized academic backgrounds, language skills, research expertise, or program-specific qualifications that cannot be quickly replaced.

26. International students are concentrated in several graduate and research-intensive programs at UWM. As a result, enrollment disruptions may adversely affect teaching, research, and academic operations in ways that extend beyond the loss of individual students.

27. In several departments and programs, a reduction in international student participation would diminish the size and makeup of academic cohorts and adversely affect the educational experience available to all students.

28. UWM therefore expects the rule to impair core educational and research functions beyond any direct effect on individual students.

C. Athletics

29. International student-athletes are an important part of the University's athletics programs and contribute significantly to team performance, competitive success, student engagement, and institutional visibility.

30. As a result of the challenged action, some international student-athletes face uncertainty regarding their ability to remain enrolled, maintain lawful status, or continue participating in intercollegiate athletics. If affected student-athletes are unable to remain in the United States or continue their enrollment, they may lose opportunities to compete during seasons that count toward their NCAA eligibility.

31. NCAA eligibility is a finite benefit that cannot be fully restored once a season of competition has been lost or disrupted. For student-athletes who are prevented from participating because of the challenged action, the loss of competitive opportunities may permanently diminish their ability to utilize the full period of NCAA eligibility otherwise available to them, impair their athletic development, and adversely affect opportunities for leadership, professional advancement, scholarships, and post-collegiate athletic careers.

32. The loss of international student-athletes also harms the University's athletics programs. Athletics departments invest substantial resources in recruiting, developing, and supporting student-athletes over multiple years. Unexpected disruption to the participation of international student-athletes can create roster shortages, reduce team competitiveness, disrupt team cohesion and long-term program planning, and require the institution to devote additional resources to recruiting and retention efforts.

33. These impacts extend beyond the affected student-athletes. Reduced participation by international student-athletes may negatively affect team performance, fan engagement, institutional visibility, conference competitiveness, and revenues associated with athletic events, sponsorships, donor support, and

related athletics activities. The resulting harms cannot be fully remedied after a lost season has passed.

C. Compliance, Staffing, and Administrative Burdens

34. Implementation of the rule requires substantial additional administrative activity by UWM personnel.

35. UWM has begun evaluating or undertaking additional advising procedures, compliance monitoring activities, student communications efforts, training initiatives, policy review, workflow changes, and information-system modifications.

36. The implementation of the rule has created significant additional administrative responsibilities that will require increased staff effort for at least the next year and likely longer. Addressing these obligations has required, and will continue to require, UWM to reassign employees from other institutional priorities and devote additional resources to immigration-related advising, compliance activities, student outreach, and case management. For example, for budgetary and operational reasons, UWM eliminated an Immigration Coordinator position during fiscal year 2025. However, UWM has now determined that the position is essential due to existing and anticipated immigration-related demands and is actively recruiting a replacement. The need to refill this position, and associated costs, despite planned workforce reductions illustrates the tangible personnel and financial burdens imposed on the University.

37. Such reassignments reduce UWM's ability to devote resources to recruitment, student advising, student support services, program administration, and other institutional priorities.

38. Any expenditures associated with staffing, software, training, consulting services, or operational modifications must be incurred before the university knows whether the rule will remain in effect.

39. These expenditures constitute institutional costs that may not be recoverable even if the rule is subsequently invalidated.

D. State-Level Economic Impact

40. International students provide substantial economic benefits to both the United States and the State of Wisconsin. According to Open Doors 2025, international students contributed nearly $55 billion to the United States economy in 2024

41. According to the Institute of International Education's Open Doors 2025 Wisconsin State Fact Sheet, Wisconsin hosted approximately 16,391 international

students during the 2024-25 academic year, whose presence generated an estimated $571.8 million in economic activity throughout the state.

42. International students contribute to local and state economies through tuition payments, housing expenditures, dining, transportation, healthcare, and other consumer spending, while also supporting employment and economic activity in the communities where they study.

43. The loss of international students resulting from the challenged action would therefore not only harm the educational and research missions of UWM and other Wisconsin institutions of higher education but would also reduce economic activity and associated benefits to local businesses, communities, and the State of Wisconsin as a whole.

IV. Irreparable Harm to UWM

44. The harms described in this declaration are not limited to temporary administrative inconvenience.

45. UWM must make enrollment, staffing, instructional, budgeting, housing, advising, compliance, and research-planning decisions months before students arrive on campus.

46. Many of these decisions must be made now, before the legal validity of the challenged rule has been determined.

47. If admitted international students choose not to enroll at UWM because of concerns created by the rule, those enrollment losses cannot be fully remedied later.

48. Students who commit to another institution often establish academic, professional, and financial commitments that make subsequent enrollment at UWM unlikely even if the challenged rule is later suspended or invalidated.

49. Similarly, loss of graduate assistants, teaching assistants, research assistants, or research personnel may disrupt instructional and research activities in ways that cannot be recreated retroactively.

50. Research projects frequently depend on continuity of personnel, accumulated expertise, and adherence to fixed timelines. Delays or interruptions may affect project outcomes, grant performance, publication schedules, collaborative relationships, and future funding opportunities.

51. UWM is actively collecting and reviewing communications from prospective, admitted, and current international students regarding concerns arising from the challenged rule. These communications are being received during an active

admissions and enrollment cycle, requiring immediate attention from university personnel and the commitment of institutional resources.

52. UWM must also make compliance-related investments, staffing decisions, training efforts, and operational changes before the impacts of the rule are fully known.

53. Once these institutional resources are expended, the university cannot readily recover the time, effort, and organizational resources devoted to those activities.

54. The harms described herein therefore include losses of students, opportunities, institutional resources, research continuity, program stability, and operational capacity that cannot be fully restored through later relief.

55. For these reasons, UWM faces immediate and irreparable institutional harm absent preliminary relief.

V. Declaration Under Penalty of Perjury

56. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on Aug. 14, 2026.

Tina Frieburger

Tina Frieburger
Interim Provost and Vice Chancellor for Academic Affairs
University of Wisconsin-Milwaukee