**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

Case No. ____________

**DECLARATION OF PAUL W. HUGHES**

I, Paul W. Hughes, declare as follows:

1. I am a partner at McDermott Will & Schulte LLP and counsel for Plaintiffs in this action. I make this declaration based on my own personal knowledge and business records reasonably available to me in my role as counsel for Plaintiffs. If called as a witness, I could and would testify competently to the matters stated herein.

2. Attached hereto as Exhibits 1-60 are true and accurate copies of comments and other documents obtained from Docket ICEB-2025-0001, in connection with the Department of Homeland Security's Proposed Rule *Establishing a Fixed Time Period of Admission and an Extension of Stay Procedure for Nonimmigrant Academic Students, Exchange Visitors, and Representatives of Foreign Information Media, Department of Homeland Security*. All comments and other documents provided herein are publicly available at https://www.regulations.gov/docket/ICEB-2025-0001 by searching the Document ID for each document or by visiting the URL provided in each paragraph below.

3. Attached as Exhibit 1 is a true and accurate copy of a comment submitted by the Presidents' Alliance on Immigration and Higher Education, Document ID ICEB-2025-0001-21230, available at https://www.regulations.gov/comment/ICEB-2025-0001-21230.

4. Attached as Exhibit 2 is a true and accurate copy of an attachment to a comment submitted by Michael Clemens, Document ID ICEB-2025-0001-16581_2, available at https://www.regulations.gov/comment/ICEB-2025-0001-16581.

5. Attached as Exhibit 3 is a true and accurate copy of a comment submitted by Yale University, Document ID ICEB-2025-0001-21344, available at https://www.regulations.gov/comment/ICEB-2025-0001-21344.

6. Attached as Exhibit 4 is a true and accurate copy of a comment submitted by Elizabeth Saumsiegle, Document ID ICEB-2025-0001-20220, available at https://www.regulations.gov/comment/ICEB-2025-0001-20220.

7. Attached as Exhibit 5 is a true and accurate copy of a comment submitted by Anonymous, Document ID ICEB-2025-0001-12594, available at https://www.regulations.gov/comment/ICEB-2025-0001-12594.

8. Attached as Exhibit 6 is a true and accurate copy of a comment submitted by Emory University, Document ID ICEB-2025-0001-15966, available at https://www.regulations.gov/comment/ICEB-2025-0001-15966.

9. Attached as Exhibit 7 is a true and accurate copy of a comment submitted by Intealth, Document ID ICEB-2025-0001-12727, available at https://www.regulations.gov/comment/ICEB-2025-0001-12727.

10. Attached as Exhibit 8 is a true and accurate copy of a comment submitted by American Geriatrics Society, Document ID ICEB-2025-0001-21926, available at https://www.regulations.gov/comment/ICEB-2025-0001-21926.

11. Attached as Exhibit 9 is a true and accurate copy of a comment submitted by Mass General Brigham, Document ID ICEB-2025-0001-16918, available at https://www.regulations.gov/comment/ICEB-2025-0001-16918.

12. Attached as Exhibit 10 is a true and accurate copy of a comment submitted by Monroe University, Document ID ICEB-2025-0001-21205, available at https://www.regulations.gov/comment/ICEB-2025-0001-21205.

13. Attached as Exhibit 11 is a true and accurate copy of a comment submitted by Anonymous, Document ID ICEB-2025-0001-6840, available at https://www.regulations.gov/comment/ICEB-2025-0001-6840.

14. Attached as Exhibit 12 is a true and accurate copy of a comment submitted by Anonymous, Document ID ICEB-2025-0001-2168, available at https://www.regulations.gov/comment/ICEB-2025-0001-2168.

15. Attached as Exhibit 13 is a true and accurate copy of a comment submitted by Anonymous, Document ID ICEB-2025-0001-1610, available at https://www.regulations.gov/comment/ICEB-2025-0001-1610.

16. Attached as Exhibit 14 is a true and accurate copy of a comment submitted by California Department of Justice, Office of the Attorney General, Document ID ICEB-2025-0001-19352, available at https://www.regulations.gov/comment/ICEB-2025-0001-19352.

17. Attached as Exhibit 15 is a true and accurate copy of a comment submitted by NAFSA: Association of International Educators, Document ID ICEB-2025-0001-16105, available at https://www.regulations.gov/comment/ICEB-2025-0001-16105.

18. Attached as Exhibit 16 is a true and accurate copy of a comment submitted by Association of American Universities, Document ID ICEB-2025-0001-21834, available at https://www.regulations.gov/comment/ICEB-2025-0001-21834.

19. Attached as Exhibit 17 is a true and accurate copy of a comment submitted by Alliance for International Exchange, Document ID ICEB-2025-0001-21442, available at https://www.regulations.gov/comment/ICEB-2025-0001-21442.

20. Attached as Exhibit 18 is a true and accurate copy of a comment submitted by University of Rochester, Document ID ICEB-2025-0001-19907, available at https://www.regulations.gov/comment/ICEB-2025-0001-19907.

21. Attached as Exhibit 19 is a true and accurate copy of a comment submitted by The University of Texas at Dallas International Center, Document ID ICEB-2025-0001-20034, available at https://www.regulations.gov/comment/ICEB-2025-0001-20034.

22. Attached as Exhibit 20 is a true and accurate copy of an attachment to a comment submitted by Fragomen Center for Strategy and Applied Insights, Document ID ICEB-2025-0001-21643_1, available at https://www.regulations.gov/comment/ICEB-2025-0001-21643.

23. Attached as Exhibit 21 is a true and accurate copy of a comment submitted by Michael Clemens, Jeremy Neufeld, and Amy M. Nice, Document ID ICEB-2025-0001-16581_1, available at https://www.regulations.gov/comment/ICEB-2025-0001-16581.

24. Attached as Exhibit 22 is a true and accurate copy of a comment submitted by University of Pennsylvania, Document ID ICEB-2025-0001-16055, available at https://www.regulations.gov/comment/ICEB-2025-0001-16055.

25. Attached as Exhibit 23 is a true and accurate copy of a comment submitted by Tobias Muellers, Document ID ICEB-2025-0001-19828, available at https://www.regulations.gov/comment/ICEB-2025-0001-19828.

26. Attached as Exhibit 24 is a true and accurate copy of a comment submitted by American Immigration Lawyers Association and American Immigration Council, Document ID ICEB-2025-0001-16015, available at https://www.regulations.gov/comment/ICEB-2025-0001-16015.

27. Attached as Exhibit 25 is a true and accurate copy of a comment submitted by Local 6516, American Federation of Teachers, Document ID ICEB-2025-0001-21788, available at https://www.regulations.gov/comment/ICEB-2025-0001-21788.

28. Attached as Exhibit 26 is a true and accurate copy of a comment submitted by Carnegie Mellon University, Document ID ICEB-2025-0001-20176, available at https://www.regulations.gov/comment/ICEB-2025-0001-20176.

29. Attached as Exhibit 27 is a true and accurate copy of a comment submitted by Georgetown University, Document ID ICEB-2025-0001-20249, available at https://www.regulations.gov/comment/ICEB-2025-0001-20249.

30. Attached as Exhibit 28 is a true and accurate copy of a comment submitted by Johns Hopkins University, Document ID ICEB-2025-0001-20348, available at https://www.regulations.gov/comment/ICEB-2025-0001-20348.

31. Attached as Exhibit 29 is a true and accurate copy of a comment submitted by Arizona State University, Document ID ICEB-2025-0001-16687, available at https://www.regulations.gov/comment/ICEB-2025-0001-16687.

32. Attached as Exhibit 30 is a true and accurate copy of a comment submitted by Princeton University, Document ID ICEB-2025-0001-21478, available at https://www.regulations.gov/comment/ICEB-2025-0001-21478.

33. Attached as Exhibit 31 is a true and accurate copy of a comment submitted by Washington University in St. Louis, Document ID ICEB-2025-0001-18649, available at https://www.regulations.gov/comment/ICEB-2025-0001-18649.

34. Attached as Exhibit 32 is a true and accurate copy of a comment submitted by Ohio State University, Document ID ICEB-2025-0001-18386, available at https://www.regulations.gov/comment/ICEB-2025-0001-18386.

35. Attached as Exhibit 33 is a true and accurate copy of a comment submitted by Anonymous, Document ID ICEB-2025-0001-3518, available at https://www.regulations.gov/comment/ICEB-2025-0001-3518.

36. Attached as Exhibit 34 is a true and accurate copy of a comment submitted by Anonymous, Document ID ICEB-2025-0001-6173, available at https://www.regulations.gov/comment/ICEB-2025-0001-6173.

37. Attached as Exhibit 35 is a true and accurate copy of a comment submitted by Anonymous, Document ID ICEB-2025-0001-21094, available at https://www.regulations.gov/comment/ICEB-2025-0001-21094.

38. Attached as Exhibit 36 is a true and accurate copy of a comment submitted by National Association of Manufacturers, Document ID ICEB-2025-0001-21100, available at https://www.regulations.gov/comment/ICEB-2025-0001-21100.

39. Attached as Exhibit 37 is a true and accurate copy of a comment submitted by Iandoli Desai & Cronin P.C., Document ID ICEB-2025-0001-21526, available at https://www.regulations.gov/comment/ICEB-2025-0001-21526.

40. Attached as Exhibit 38 is a true and accurate copy of a comment submitted by University of Maryland, Document ID ICEB-2025-0001-21530, available at https://www.regulations.gov/comment/ICEB-2025-0001-21530.

41. Attached as Exhibit 39 is a true and accurate copy of a comment submitted by American Association of Colleges of Pharmacy, Document ID ICEB-2025-0001-21927, available at https://www.regulations.gov/comment/ICEB-2025-0001-21927.

42. Attached as Exhibit 40 is a true and accurate copy of a comment submitted by National Foundation for American Policy, Document ID ICEB-2025-0001-17750, available at https://www.regulations.gov/comment/ICEB-2025-0001-17750.

43. Attached as Exhibit 41 is a true and accurate copy of an attachment to a comment submitted by Anonymous, Document ID ICEB-2025-0001-19215, available at https://www.regulations.gov/comment/ICEB-2025-0001-19215.

44. Attached as Exhibit 42 is a true and accurate copy of a comment submitted by Hamilton College, Document ID ICEB-2025-0001-19669, available at https://www.regulations.gov/comment/ICEB-2025-0001-19669.

45. Attached as Exhibit 43 is a true and accurate copy of an attachment to a comment submitted by Anonymous, Document ID ICEB-2025-0001-11086, available at https://www.regulations.gov/comment/ICEB-2025-0001-11086.

46. Attached as Exhibit 44 is a true and accurate copy of a comment submitted by Anonymous, Document ID ICEB-2025-0001-11086, available at https://www.regulations.gov/comment/ICEB-2025-0001-11086.

47. Attached as Exhibit 45 is a true and accurate copy of a comment submitted by International Student Services UMD, Document ID ICEB-2025-0001-15713, available at https://www.regulations.gov/comment/ICEB-2025-0001-15713.

48. Attached as Exhibit 46 is a true and accurate copy of a comment submitted by John D, Document ID ICEB-2025-0001-4729, available at https://www.regulations.gov/comment/ICEB-2025-0001-4729.

49. Attached as Exhibit 47 is a true and accurate copy of a comment submitted by Anonymous, Document ID ICEB-2025-0001-2005, available at https://www.regulations.gov/comment/ICEB-2025-0001-2005.

50. Attached as Exhibit 48 is a true and accurate copy of a comment submitted by Jonathon S, Document ID ICEB-2025-0001-21303, available at https://www.regulations.gov/comment/ICEB-2025-0001-21303.

51. Attached as Exhibit 49 is a true and accurate copy of a comment submitted by Anonymous, Document ID ICEB-2025-0001-13725, available at https://www.regulations.gov/comment/ICEB-2025-0001-13725.

52. Attached as Exhibit 50 is a true and accurate copy of a comment submitted by Members of Congress, Document ID ICEB-2025-0001-21544, available at https://www.regulations.gov/comment/ICEB-2025-0001-21544.

53. Attached as Exhibit 51 is a true and accurate copy of a comment submitted by The NewsGuild-CWA, Document ID ICEB-2025-0001-21936, available at https://www.regulations.gov/comment/ICEB-2025-0001-21936.

54. Attached as Exhibit 52 is a true and accurate copy of a comment submitted by Reporters Without Borders, Document ID ICEB-2025-0001-21054, available at https://www.regulations.gov/comment/ICEB-2025-0001-21054.

55. Attached as Exhibit 53 is a true an accurate copy of a comment submitted by Reporters' Committee for Freedom of the Press, Document ID ICEB-2025-0001-21041, available at https://www.regulations.gov/comment/ICEB-2025-0001-21041.

56. Attached as Exhibit 54 is a true and accurate copy of a comment submitted by the Foreign Press Association, Document ID ICEB-2025-0001-21492, available at https://www.regulations.gov/comment/ICEB-2025-0001-21492.

57. Attached as Exhibit 55 is a true and accurate copy of a comment submitted by the New York Times Company, Document ID ICEB-2025-0001-17515, available at https://www.regulations.gov/comment/ICEB-2025-0001-17515.

58. Attached as Exhibit 56 is a true and accurate copy of a comment submitted by the University of New Hampshire, Document ID ICEB-2025-0001-17784, available at https://www.regulations.gov/document/ICEB-2025-0001-17784.

59. Attached as Exhibit 57 is a true and accurate copy of a comment submitted by the University of Colorado, Colorado Springs, Document ID ICEB-2025-0001-20854, available at https://www.regulations.gov/document/ICEB-2025-0001-20854.

60. Attached as Exhibit 58 is a true and accurate copy of a comment submitted by Northern Illinois University, Document ID ICEB-2025-0001-21404, available at https://www.regulations.gov/document/ICEB-2025-0001-21404.

61. Attached as Exhibit 59 is a true and accurate copy of a comment submitted by the University of Maine, Document ID ICEB-2025-0001-15713, available at https://www.regulations.gov/document/ICEB-2025-0001-15713.

62. Attached as Exhibit 60 is a true and accurate copy of the Final Rule Regulatory Impact Analysis, Document ID ICEB-2025-0001-21963, available at https://www.regulations.gov/document/ICEB-2025-0001-21963.

I declare under penalty of perjury that the foregoing is true and correct to best of my knowledge.

Dated: __August 17, 2026________ ________________________________
Washington, DC Paul W. Hughes