**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

Case No. ____________

**PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Local Rule 56.1 and Rule 56 of the Federal Rules of Civil Procedure, and in support of Plaintiffs' Motion for APA § 705 Relief, a Preliminary Injunction, or in the Alternative, Summary Judgment, Plaintiffs provide this "statement of the material facts of record as to which the moving party contends there is no genuine issue to be tried." Local Rule 56.1. All references to the record are made from the declarations and exhibits accompanying Plaintiffs' motion.

1. On August 28, 2025, the Department of Homeland Security (DHS) published in the Federal Register the Notice of Proposed Rulemaking *Establishing a Fixed Time Period of Admission and an Extension of Stay Procedure for Nonimmigrant Academic Students, Exchange Visitors, and Representatives of Foreign Information Media* ("the Proposed Rule"). The Proposed Rule is published at 90 Fed. Reg. 42,070 (Aug. 28, 2025).

2. During the public comment period ending on September 29, 2025, approximately 21,950 comments were posted to the rulemaking docket ICEB-2025-0001, available at https://www.regulations.gov/docket/ICEB-2025-0001. Hughes Decl. ¶ 2. True and accurate copies of 55 comments, or attachments thereto, are reflected in Exhibits 1-55 of the Hughes declaration.

3. On July 17, 2026, the Department of Homeland Security published in the Federal Register *Establishing a Fixed Time Period of Admission and an Extension of Stay Procedure for Nonimmigrant Academic Students, Exchange Visitors, and Representatives of Foreign Information Media* ("the Final Rule"). The Final Rule is published at 91 Fed. Reg. 44,976 (July 17, 2026).

4. Plaintiff the Presidents' Alliance on Immigration and Higher Education is an alliance of nearly 600 American college and university leaders and their institutions dedicated to increasing public understanding of how immigration policies and practices impact member institutions' students, campuses and communities. Feldblum Decl. ¶ 2-3.

5. College and university leaders join and participate in the Presidents' Alliance in their official capacities and represent their institutions, not themselves. If a member of the Presidents' Alliance leaves their leadership position, that seat stays with the member institution, not the individual. Member institutions of the Presidents' Alliance pay dues, which the Presidents' Alliance invoices directly to the member institution, not the individual. 22 of the Presidents' Alliance's 26-person steering committee are current college and university presidents and chancellors acting as representatives of their member institution. Feldblum Decl. ¶ 4.

6. Fourteen colleges and universities have provided declarations in this case, each of whom is a member institution of the Presidents' Alliance. Feldblum Decl. ¶ 5. Each declaration describes injuries to individual colleges and universities as a result of the Final Rule, including compliance expenses that each college and university will incur. *See* ASU Decl. ¶¶ 4-11 BU Decl. ¶¶ 7-24; Columbia Decl. ¶¶ 11-27; Cornell Decl. ¶¶ 8-63; Grinnell Decl. ¶¶ 6-25; OSU Decl. ¶¶ 7-40; Penn Decl. ¶¶ 8-23; Reed Decl. ¶¶ 21-67; UMD-Baltimore Decl. ¶¶ 15-64; UMD Decl. ¶¶ 14-61; UIC Decl. ¶¶ 7-27; UIUC Decl. ¶¶ 6-37; UW-Madison Decl. ¶¶ 16-75; UW Milwaukee Decl. ¶¶ 14-55; ASU Decl. ¶ 11. DHS itself in the Final Rule acknowledges that educational institutions will incur compliance costs in the form of additional personnel hours spent on familiarizing

and adapting to the rule and helping to process extension of stay requests. *See* 91 Fed. Reg. at 45,034.

7. Separate from expenses the Presidents' Alliance has incurred in preparation for litigation and advocacy related to the Final Rule, the Presidents' Alliance has, in response to the Final Rule, devoted resources towards helping its member institutions understand and prepare to comply with the Final Rule. The staff time and organizational resources spent on these activities could otherwise have been spent on the Presidents' Alliance's other programming priorities. Feldblum Decl. ¶¶ 10-12.

8. These burdens and expenses include diverting staff time from planned activities to develop new resources for member institutions and providing individualized assistance to member institutions, developing new website content and convening information sessions, and developing new resources and bringing specialized legal experts to speak with senior campus leaders. These changes will impact the time and responsibilities of personnel including the Presidents' Alliance's VP of Legal Strategy and State Policy, Deputy Director of Federal Policy, the Senior Manager of Research and Policy, the President & CEO, as well as altering hiring plans for a managing attorney to ensure the candidate is able to assist with issues related to the Final Rule. Feldblum Decl. ¶ 11.

9. NAFSA: Association of International Educators is the world's largest nonprofit association dedicated to international education and exchange. NAFSA serves the needs of more than 9,000 members and international educators worldwide at more than 2,300 institutions, in 170+ countries, the majority of whom are in the United States. Aw Decl. ¶ 2.

10. Separate from expenses NAFSA has incurred in preparation for litigation and advocacy related to the Final Rule, NAFSA has incurred, and will continue to incur, programmatic burdens related to helping its members understand and prepare to comply with the Final Rule, including staff time towards making significant changes to its website, hosting virtual events, and

responding to member inquiries. The staff time and organizational resources spent on these activities could otherwise have been spent on NAFSA's programming priorities. Aw Decl. ¶¶ 5-6.

11. The Association of Independent Colleges and Universities in Massachusetts (AICUM) is an association representing 54 private colleges and universities across the Commonwealth of Massachusetts, including Boston University. BU Decl. ¶ 3; McCarron Decl. ¶ 3. AICUM advocates on behalf of its members on numerous issues, including protecting the interests of international students on its member campuses. McCarron Decl. ¶ 3. AICUM is headquartered in Belmont, Massachusetts. *Id*. All of AICUM's member institutions are injured by the Final Rule, as they all enroll and/or employ international students and scholars via the F-1 and/or J-1 nonimmigrant visa programs. *Id.* ¶ 4. As the Final Rule acknowledges, college and university "DSOs and ROs will have to spend approximately 135 hours for rule familiarization and adaptation in the first year after the rule takes effect" (91 Fed. Reg. at 45,034) and each institution will spend an estimated 4.5 hours of staff time processing each EOS request. *Id.* at 45,092. *See also* McCarron Decl. ¶ 5.

12. The American Federation of Teachers (AFT) is a national labor union headquartered in Washington, D.C. with 3,500 local unions and over 1.8 million members, including 370 union locals and 200,000 members at colleges and university campuses representing faculty, staff, and graduate student workers. Schmid Decl. ¶¶ 4, 8. The Graduate Labor Organization at Brown University is a unit of an AFT local representing the interests of graduate students on university campuses. *Id.* ¶ 8.

13. AFT's membership includes thousands of international graduate students with F-1 or J-1 nonimmigrant status. Schmid Decl. ¶ 9. The Final Rule meaningfully alters the nature of the students' nonimmigrant status by, among other things, eliminating duration of status and requiring students to seek an extension of stay, restricting the academic mobility of graduate students, and, for F-1 students, reducing the 60-day grace period to 30 days. Schmid Decl. ¶¶ 10-13. AFT has

described one specific member who, because of their program end date, will be required to file an EOS in order to complete their studies; this member is therefore harmed by the final rule financially because of the requirement to pay the filing fee, as well as through administrative burden, international travel deterrence and the uncertainty created by the extension process. *Id.* ¶¶ 15-17.

14. Graduate Labor Organization (GLO) is a unit of American Federation of Teachers Local 6516, a local affiliate of AFT, that represents graduate student employees at Brown University in Providence, Rhode Island. Ziegler Decl. ¶¶ 2, 4.

15. GLO's membership includes international graduate students with F-1 and J-1 nonimmigrant status. The Final Rule meaningfully alters the nature of the students' nonimmigrant status by, among other things, eliminating duration of status, restricting the academic mobility of graduate students, and, for F-1 students, reducing the 60-day grace period to 30 days. Ziegler Decl. ¶¶ 6-8. Additionally, GLO has described how dozens of its F-1 members currently completing their degrees will be required to file extension applications to access their entire term of guaranteed funding. *Id.* ¶ 10.

16. International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America, AFL-CIO (UAW) is an unincorporated labor organization headquartered in Detroit, Michigan that represents over 400,000 active members and almost 600,000 retired members across the United States, Canada, and Puerto Rico, including approximately 120,000 workers in higher education—graduate students, postdoctoral scholars, researchers, faculty and university staff—at institutions across the country. Carey Decl. ¶ 2.

17. UAW's membership includes international graduate students with F-1 and J-1 nonimmigrant status. The Final Rule meaningfully alters the nature of the students' nonimmigrant status by, among other things, eliminating duration of status, restricting the academic mobility of graduate students, and, for F-1 students, reducing the 60-day grace period to 30 days. Carey Decl. ¶ 7. UAW has described six specific members who, because of their program end dates, will be

required to file an EOS in order to complete their studies; these members are therefore harmed by the final rule financially because of the requirement to pay the filing fee, as well as through administrative burden, international travel deterrence, and the uncertainty created by the extension process. *Id.* ¶¶ 8-13.

18. UAW Local 2322 is an amalgamated local representing some 4,300 workers primarily in Western Massachusetts at 26 workplaces representing people in the fields of higher education, early childhood development, health & human services, and beyond. UAW Local 2322 is a local affiliate of International Union, United Automobile, Aerospace and Agricultural Implement Workers of America. UAW Local 2322 is headquartered and has its principal place of business in Holyoke, Massachusetts. Burke Decl. ¶¶ 2-3.

19. UAW Local 2322's membership includes international graduate students with F-1 and J-1 nonimmigrant status. The Final Rule meaningfully alters the nature of the students' nonimmigrant status by, among other things, eliminating duration of status, restricting the academic mobility of graduate students, and, for F-1 students, reducing the 60-day grace period to 30 days. Burke Decl. ¶ 6. UAW Local 2322 has described four specific members who, because of their program end dates, will be, or are likely to be, required to file an EOS in order to complete their studies; these members are therefore harmed by the final rule financially because of the requirement to pay the filing fee, as well as through administrative burden, international travel deterrence, and the uncertainty created by the extension process. *Id.* ¶¶ 7-10.

20. The NewsGuild-CWA (TNG-CWA) is the largest union in the United States representing media workers, with 46 local unions in the United States and approximate 28,000 members, including journalists and other communications professionals working at newspapers, online publications, magazines, news services and in broadcast in the U.S., Canada and Puerto Rico, including foreign media outlets. Schleuss Decl. ¶¶ 2, 4.

21. Members of TNG-CWA include many foreign journalists employed by foreign media outlets who are currently on I Visas. The Final Rule meaningfully alters the nature of these members' nonimmigrant status by, among other things, eliminating duration of status and requiring I-1 nonimmigrants to file an Extension of Stay request every 240 days. Schleuss Decl. ¶¶ 6-10.

22. The majority of the I Visa holders represented by the TNG-CWA have lived and worked in this country for many years–some for as long as 15 years or more–under the I Visa D/S. Many have signed long-term leases on homes or apartments and/or own cars in the United States. Many of TNG-CWA's I Visa holder members have spouses or partners and/or children who reside with them in the United States, including some who themselves are U.S. citizens, and who attend school in the United States. Schleuss Decl. ¶ 11. One TNG-CWA reporter married their spouse, a citizen of a different country, in the United States and relies on their I visa to be renewed to ensure that the reporter and their spouse may remain together, as it would not be guaranteed that the couple could live together as a married couple in either partner's country of origin. *Id.* ¶ 12.

Dated: August 17, 2026

Respectfully submitted,

/s/ *Dana McSherry*
Dana McSherry (MA BBO #664430)
McDERMOTT WILL & SCHULTE LLP
200 Clarendon Street, Floor 58
Boston, MA 02116
(617) 535-4060
dmcsherry@mcdermottlaw.com

Paul W. Hughes (DC Bar No. 997235)*
Emmett Witkovsky-Eldred (DC Bar No. 90012725)*
McDERMOTT WILL & SCHULTE LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mcdermottlaw.com

* *pro hac vice filed*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.2(a) and Federal Rule of Civil Procedure 5(i), undersigned counsel certifies that, on August 17, 2026, I caused a copy of the foregoing ECF filing to be served by hand delivery to the United States Attorney for the District of Massachusetts. I further caused to be delivered by certified mail copies of the foregoing to all agency and officer defendants.

Dated: August 17, 2026

/s/ *Dana McSherry*

Dana McSherry (MA BBO #664430)
MCDERMOTT WILL & SCHULTE LLP
200 Clarendon Street, Floor 58
Boston, MA 02116
(617) 535-4060
dmcsherry@mcdermottlaw.com