**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-13799-FDS |

**DECLARATION OF CYNTHIA DÁVALOS**

**DECLARATION OF CYNTHIA DÁVALOS**

I, Cynthia Dávalos, declare as follows:

1. I am currently employed by The Regents of the University of California ("UC"), in the Office of the President, as Associate Vice President of Graduate, Undergraduate and Equity Affairs. I have held this role since May 2024. The responsibilities of my office include overseeing systemwide matters relating to undergraduate and graduate student affairs, including student policies and governance, student engagement, mental health and well-being, equity, and initiatives supporting student success and the student experience across UC.

2. I have personal knowledge of the contents of this declaration, based on my professional experience and my review of information gathered by UC personnel. If called as a witness, I could and would testify competently to the following facts.

3. James B. Milliken, the President of UC, is a member of The Presidents' Alliance on Higher Education and Immigration ("Presidents' Alliance") and formally represents UC in that capacity. UC pays annual dues to the Presidents' Alliance and has been a member of the Presidents' Alliance since 2018. In addition to the UC System, all ten UC campuses are also members of the Presidents' Alliance: UC Berkeley, UC Davis, UC Irvine, UC Los Angeles, UC Merced, UC Riverside, UC San Diego, UC San Francisco, UC Santa Barbara, and UC Santa Cruz.

4. I am familiar with the Department of Homeland Security's rulemaking *Establishing a Fixed Time Period of Admission and an Extension of Stay Procedure for Nonimmigrant Academic Students, Exchange Visitors, and Representatives of Foreign Information Media* (the "Final Rule"). I understand that, among other things, the Final Rule eliminates the "duration of status" admission period for F and J visa holders and replaces it with admission for a fixed time period

based on their length of program, not to exceed 4 years absent an extension approved by immigration officials.

**A. Background**

5. The University of California is a public university with more than 300,000 students and 2.5 million alumni. The UC system includes 10 campuses and six academic health centers located throughout California.

6. International students and scholars are vital members of UC's community as faculty, researchers, students, medical residents, post-doctoral scholars, and colleagues who contribute significantly to UC's mission to drive the economy and improve lives through education, research, and healthcare.

7. UC enrolls approximately 37,600 international students with F-1 status, including undergraduate students, graduate students, and Ph.D. and doctoral students. Without the Final Rule, UC would expect to enroll approximately the same number of F-1 students in a typical year.

8. F-1 students follow many academic paths at UC, many of which include academic and practical training components and advanced certificate and degree options that extend educational programs beyond four years. For example, there are joint degree programs, doctoral degrees, medical residency and fellowship programs, and research pursuits that exceed four years. In addition, even at the undergraduate level, some students have taken more than four years to obtain their degree for various reasons.

9. In addition, many of UC's educational programs require students to engage in practical components that extend degree completion requirements beyond four years. Degree completion at a Ph.D. level typically includes coursework, preparation in a field or fields of specialization, teaching requirements, and can include lab or clinical rotations or residency. A medical residency

can take even longer based on required specialized training, such as general surgery. Additionally, international students who remain in the U.S. through OPT help UC meet workforce needs and address labor shortages in specialized fields, benefiting the domestic communities UC serves.

10. UC is affiliated with more than 3,000 J-1 exchange visitors, including students, postdoctoral fellows and scholars, faculty, staff, and medical residents. Without the Final Rule, UC would expect to be affiliated with approximately the same number of J-1 exchange visitors in a typical year.

11. UC expects that many of its J-1 exchange visitors will be affiliated with the institution for longer than four years as many join UC at the postdoctoral level. For example, research scholars and professors may participate in programs or research projects lasting five years.

12. All international members of the UC community are valued faculty, students, researchers, and colleagues. International students and scholars enrich the classroom and campus environment by bringing unique perspectives, experiences, and expertise. They also support UC's research enterprise, including conducting innovative research relating to Parkinson's, Alzheimer's, cancer, tuberculosis, and other conditions, and contribute to other work of national and international significance. Their enrollment also provides substantial economic benefits through tuition and fees, research and grant activity, and spending in surrounding communities. More broadly, international students strengthen UC's global reach and reputation and help prepare all UC students to work and lead in an increasingly interconnected world.

13. As detailed below, the announcement of the Final Rule has raised significant concerns and inflicted serious harm on UC and its community of international students and scholars.

**B. Harms to recruitment, enrollment, and retention**

14. I am aware of students and scholars who have already expressed concern about their ability to complete their study or research programs in light of the announcement of the Final Rule.

15. I believe that students' concerns about their ability to complete their studies absent duration of status is a deterrent to joining UC or any other U.S. institution of higher learning and will influence enrollment decisions.

16. In my experience, if a student declines to pursue education in the United States and instead chooses to study in another country, it is very unlikely UC could ever recover that student's enrollment in future years, even if conditions change. Likewise, scholars who decline to come to UC and instead choose to complete academic milestones like visiting professorships and postdoctoral fellowships in other countries are unlikely to be recovered by the university.

17. The future loss of international students and scholars at UC due to the elimination of duration of status is a concrete, immediate, and irreparable harm. Lost enrollment of international students and scholars will deprive UC of talented faculty and researchers, specialized medical professionals, and valued community members who enrich our academic and social lives as a community of learning. In many cases, lost enrollment of international students and scholars will also result in a loss of tuition dollars that help support UC's programs, including those for domestic students.

**C. Harms to research and teaching**

18. Many international scholars and students, particularly graduate students, at UC make critical contributions to the classroom instruction and research capabilities of the university,

which benefits both international and domestic students. Thousands of international students and scholars occupy faculty, academic and/or research roles.

19. Often the research performed at UC spans multiple years, and its success depends in part on continuity of research staff. The loss in enrollment of international students and scholars we anticipate to result from the elimination of duration of status will have direct negative consequences for many research efforts at UC by disrupting the continuity of research teams and draining the university of talented individuals.

20. Additionally, many international students and scholars make important contributions to UC through teaching roles, including as visiting professors, lecturers, teaching assistants, research assistants, research and laboratory supervisors, etc.

21. The loss in enrollment of international students and scholars we anticipate to result from the elimination of duration of status will directly and negatively impact the university's ability to provide its student body, including domestic students, with the best-in-class educational experience that UC has been able to offer.

**D. Harms to healthcare**

22. UC is deeply concerned about how this rule will impact UC's ongoing patient care, including care for U.S. citizens. Particularly where the expected duration of a medical training, academic, or research program exceeds four years, the fixed four-year period of admission creates a risk of disruption in the middle of an established course of patient care, clinical training, or medical research. Requiring an F-1 or J-1 nonimmigrant to obtain an extension of stay creates uncertainty that UC and its affiliated health care providers cannot readily mitigate through ordinary staffing or research planning. A delay or interruption in adjudication of an extension of stay can remove a resident, fellow, clinician, or researcher from an ongoing program with little ability for

UC or its clinical partners to immediately replace that individual's specialized expertise or patient-care responsibilities. The consequences extend directly to patient care.

23. Clinical trials and other patient-facing studies may depend on continuity of investigators and research personnel for patient recruitment and follow-up, protocol implementation, longitudinal data collection, and completion of multi-year studies. Laboratory research likewise may depend on specialized expertise and skills developed by an individual researcher over several years. An immigration-related interruption can therefore delay or jeopardize ongoing experiments and clinical studies, disrupt research teams, delay publications and grant milestones, and diminish the value of substantial federal and University investments already made in the research.

**E. Disruptions to academic programs**

24. The four-year maximum fixed period of admission set by the Final Rule does not reflect academic realities at UC, where programs frequently take longer than four years to complete—in many cases as a matter of design. For example, some UC campuses offer undergraduate-to-graduate and graduate-to-medical pathways programs that provide an accelerated timeline to earn another degree, such as "4+1 programs." These combined pathways exceed four years.

25. UC offers nearly 500 doctoral programs, which collectively enroll approximately 9,500 international students. The average time to complete a doctoral degree at UC is approximately six years.

26. Even when a program is designed to last four years, it is commonplace for a student to take longer; this is not a sign of failure or fraud. Indeed, 11% of undergraduates at UC take longer than four years to complete their bachelor's degree.

27. The elimination of duration of status creates considerable new uncertainty regarding the ability of students to complete their course of study at UC. Students are understandably

concerned that they may be unable to obtain an extension of stay if needed, which would result in the loss of the years and significant financial resources invested in their U.S.-based education.

28. Other aspects of the Final Rule likewise conflict with program design at UC. For example, the rule prohibits graduate students from transferring between programs and prohibits students from enrolling in a program at the same or lower level than the program they completed. But academic pathways involving these types of changes are ordinary at UC. Some UC campuses permit graduate students to add a concurrent degree, like a specialized master's in another field, which may be considered a change at the same level. Similarly, certain professional doctorate degrees permit students to pursue a specialized master's level degree, which could be deemed a lower level. Students are taking these pathways for legitimate academic and professional reasons. The Final Rule would make such pathways impermissible, or at least more difficult, by allowing a transfer or change in educational objectives only when a student is pursuing a higher degree program.

29. As a result of the changes in the Final Rule, UC may be required to make changes to its program offerings and academic pathways to ensure they remain open to international students, particularly in specialized fields of study and professional doctorate degrees. These changes are costly and time consuming to implement and, once implemented, are not easy to unwind. They are thus irreparable harms to the university.

**F. Harms to student success**

30. The Final Rule creates considerable uncertainty for current international students at UC who may take longer than four years and/or their program end date to graduate.

31. The uncertainty surrounding the prospect of extension of stay approval places undue hardship on students and the institutions that benefit from their research and service. For

example, some Ph.D. graduate students and researchers would not be able to teach and complete research projects if their applications were denied. Any student who must seek an extension of stay simply to complete their academic program faces some risk of falling out of status or having to leave the United States before their program is complete. Based on existing processing delays at the Department of Homeland Security, it is likely that students also will encounter considerable delay in receiving an adjudication of their extension of stay request.

32. This enhanced risk profile creates real-world harms that affect academic programs and the campus environment. We expect that student retention, graduation rates, and other markers of student success may suffer because of the Final Rule.

33. Additionally, students faced with this uncertainty may suffer academically. In my experience, students with external stressors or who face an uncertain risk often struggle academically because of stress, anxiety, distraction, and drains on time, resources, and attention.

**G. Compliance costs and administrative burdens**

34. The Final Rule is already causing and will continue to cause substantial administrative burdens and costs to UC as its international student and scholar services offices work to understand and adjust to the new requirements and ensure compliance.

35. UC devotes significant time and resources to serving our international community members and ensuring their compliance with all applicable immigration laws. Our international student and scholar services offices consist of 172 professionals, including 80 DSOs, whose job duties consist of assisting international students and scholars and reporting required information via SEVIS.

36. UC designed its international student and scholar services offices in reliance on the duration of status system. All of UC's policies, trainings, and technological systems and processes

were developed specifically with duration of status in mind. A sixty-day onramp period to the fixed period of admission and new extension of stay procedure is insufficient for the UC campuses to transition to a new service delivery approach.

37. UC anticipates needing to divert significant resources to its international student and scholar services offices to handle the changes of the Final Rule, including hiring an average of two new staff per office (20 full-time employees systemwide), collectively spending 10,800 hours on training in year one alone (or 18 days for each DSO/ARO), filing thousands of new extension of stay requests each year, and spending additional money on updating software systems and legal consultation. These outlays would be unrecoverable and thus irreparable. The new rule was finalized after UC budgets were set for the 2026-2027 fiscal year.

38. Compliance with the new rules will also require substantially more time and resources than duration of status, on an ongoing basis. Under duration of status, UC's international student and scholar services offices were able to use SEVIS to provide information about international students and scholars and easily update their I-20s and DS-2019s as conditions changed. Now, UC estimates that thousands of students and scholars across its system would need to apply for at least one extension of stay in a single academic year. This means completing much more paperwork in connection with many more students and scholars and a significantly higher cadence than under the prior rule. It also means additional compliance costs for universities, students, and scholars, including application fees, travel for biometrics appointments and potentially interviews, and more.

39. Advising of students and scholars throughout the year will also be much more complex, uncertain, and individualistic. UC's international student and scholar services offices must

be equipped to train students on complex rules and project how to ensure that students who will need to submit extension of stay requests in the future will have those requests timely granted.

40. UC anticipates the Final Rule will also have systemwide impacts that extend beyond its international student and scholar services offices, such as increased administrative burdens on Human Resources operations.

**H. Financial harms**

41. In addition to the contributions discussed above, international students and scholars also make significant financial contributions to UC through tuition, fees, housing, dining, and participation in research activities. These sources of revenue help promote UC's financial stability and ensure its ability to offer the best services and programs to the campus community. For example, nonresident (international) tuition helps support financial aid for domestic students.

42. Any reduction in international student enrollment and scholar affiliation as a result of the Final Rule would disrupt these revenue streams and undermine UC's ability to support academic programs and institutional priorities. This lost revenue would be unrecoverable.

43. In sum, the Final Rule will cause serious and wide-ranging harms to UC and its community. The Final Rule will impair UC's ability to recruit and retain international students and scholars; disrupt teaching, research, clinical care, and established academic programs; create uncertainty and hardship for current students and undermine their academic success; impose substantial new administrative and compliance burdens on the University; and cause significant financial harm. Many of these harms cannot readily be reversed or remedied after the fact.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 20, 2026 at Oakland, California.

Signed by:
Cynthia Davalos
D445D5B7AB574C6...

CYNTHIA DÁVALOS

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.2(a) and Federal Rule of Civil Procedure 5(b), undersigned counsel certifies that, on August 20, 2026, I caused a copy of the foregoing ECF filing to be served by mail to the United States Attorney for the District of Massachusetts and all agency and officer defendants.

Dated: August 20, 2026

/s/ *Paul W. Hughes*

Paul W. Hughes (DC Bar No. 997235)
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mcdermottlaw.com