AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-13799-FDS |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Commonwealth of Massachusetts .

Date: 08/25/2026

/s/ Tasha Bahal
*Attorney's signature*

Tasha Bahal (BBO No. 675935)
*Printed name and bar number*

Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
*Address*

tasha.bahal@mass.gov
*E-mail address*

(617) 963- 2066
*Telephone number*

*FAX number*