UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | CA No.: 1:26-cv-13799-FDS |

**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE STATE OF CALIFORNIA, STATE OF NEW YORK, AND OTHER STATES IN SUPPORT OF PLAINTIFFS' MOTION FOR APA § 705 RELIEF, A PRELIMINARY INJUNCTION, OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT**

Amici Curiae the States of California, New York, Colorado, Connecticut, Delaware, Hawai'I, Illinois, Maine, Maryland, Michigan, Minnesota, New Mexico, Nevada, North Carolina, Oregon, Vermont, and Wisconsin, the Commonwealths of Massachusetts and Virginia, and the District of Columbia ("Amici States") respectfully move for leave to file a brief in support of Plaintiffs' Motion for APA § 705 Relief, a Preliminary Injunction, or, in the Alternative, Summary Judgment (ECF No. 2). Amici States assert as follows in support of their motion:

1. Amici States will incur significant harm from the implementation—even only temporarily—of the recently published Department of Homeland Security ("DHS") rule Establishing a Fixed Time Period of Admission and an Extension of Stay Procedure for Nonimmigrant Academic Students, Exchange Visitors, and Representatives of Foreign Information Media, 91 Fed. Reg. 44976 (July 17, 2026) (the "Rule"). The Rule will sharply deter international students and exchange visitors from enrolling or participating in programs that they may not be permitted by DHS to complete. This loss will impose severe harms on public educational institutions, academic communities, and broader local and state communities, all of which rely on the intellectual, cultural, economic, and service contributions of nonresident visitors.
2. It is within the Court's "sound discretion" to permit amicus briefing. *Strasser v. Doorley*, 432 F.2d 567, 569 (1st Cir. 1970). Amicus briefing may be permitted "to assist the court in cases of great public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass. 2015), *aff'd*, 807 F.3d 472 (1st Cir. 2015) (internal citations and quotation omitted).
3. Amici States' proposed brief, attached as Exhibit 1, will assist the Court in its consideration of Plaintiffs' motion because the States can speak directly to the broad range of imminent harms they would face in the absence of the relief sought by Plaintiffs.

4. Plaintiffs have consented to Amici States' submission of the proposed brief. Amici States have been unable to request consent from Defendants, as counsel have yet to notice their appearances as of the date of this filing.

## CONCLUSION

For the foregoing reasons, Amici States respectfully request that the Court grant their motion for leave to file a brief in support of Plaintiffs' Motion for APA § 705 Relief, a Preliminary Injunction, or, in the Alternative, Summary Judgment (ECF No. 2).

Dated: August 25, 2026

Respectfully Submitted,


LETITIA JAMES
*Attorney General*
*State of New York*

Barbara D. Underwood
*Solicitor General*
Judith N. Vale
*Deputy Solicitor General*
Morenike Fajana
*Special Counsel*
28 Liberty Street
New York, NY 10005
(212) 416-6274
judith.vale@ag.ny.gov

*Attorneys for Amicus State of New York*

ROB BONTA
*Attorney General*
*State of California*

/s/ *James E. Richardson*
Michael L. Newman
*Senior Assistant Attorney General*
Nicholas Espiritu*
Marissa Malouff*
*Supervising Deputy Attorneys General*
James E. Richardson*
*Deputy Attorney General*
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
(213) 269-6341
james.richardson@doj.ca.gov

*Attorneys for Amicus State of California*
** Pro Hac Vice Pending*