# CERTIFICATE OF SERVICE

Case Name: PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, et al., v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al*,

No. 1:26-cv-13799-FDS

I hereby certify that on August 25, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE STATE OF CALIFORNIA, STATE OF NEW YORK, AND OTHER STATES IN SUPPORT OF PLAINTIFFS' MOTION FOR APA § 705 RELIEF, A PRELIMINARY INJUNCTION, OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT; and**

**AMICUS BRIEF OF STATES IN SUPPORT OF PLAINTIFFS' MOTION FOR APA § 705 RELIEF, A PRELIMINARY INJUNCTION, OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 25, 2026, at Los Angeles, California.

| Cristina Gutierrez | /s/ *Cristina Gutierrez* |
|---|---|
| Declarant | Signature |

LA2026603209
68682950