**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| The Presidents' Alliance on Higher Education and Immigration, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-13799 |

**DEFENDANTS' OPPOSED MOTION FOR A FOUR-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR APA § 705 RELIEF, A PRELIMINARY INJUNCTION OR, ALTERNATIVELY, SUMMARY JUDGMENT**

Defendants, through counsel, respectfully request that the Court issue a modest extension of the deadline to respond to Plaintiffs' Motion for APA § 705 Relief, a Preliminary Injunction or, Alternatively, Summary Judgment, ECF No. 13 at 1–51, by four (4) days—from August 31, 2026, to September 4, 2026. As support for this extension request, Defendants state as follows.

1. Plaintiffs filed the Complaint in this action on August 18, 2026, challenging under the Administrative Procedure Act a Final Rule governing the validity periods of multiple forms of nonimmigrant visas, which becomes effective on September 15, 2026. ECF No. 1.

2. On the same day, they filed a Motion for APA § 705 Relief, a Preliminary Injunction or, Alternatively, Summary Judgment. ECF Nos. 2, 13; *see also* Motion for Leave to File Excess Pages, ECF No. 4. In their Motion, they "request[ed] a briefing schedule and hearing date as determined by the Court and respectfully request[ed] that such schedule enable the Court to award relief prior to the September 15, 2026, effective date of the Final Rule, or as soon thereafter as practicable." *Id.* at 2.

3. On August 19, 2026, the Court ordered Defendants to respond to Plaintiffs' Motion by August 31, 2026, and set a hearing on the Motion for September 3, 2026. ECF No. 15.

4. Litigation handling of this matter was assigned to the U.S. Department of Justice, Civil Division's Office of Immigration Litigation on Monday, August 24. The requested relief is supported by good cause and should not prejudice any party.

5. Undersigned counsel requires additional time to confer with Defendants and gather necessary information to draft a response to Plaintiffs' Motion, which spans forty-three (43) pages and concerns complex areas of immigration and administrative law. Additionally, Defendants' response must undergo agency and supervisory review. This is Defendants' first request for an extension of time. Defendants accordingly request an additional four (4) days to respond to Plaintiffs' motion, until September 4, 2026.

6. The modest requested extension should not prejudice any party. An extension until September 4, 2026, would still allow time for Plaintiffs to seek leave to file an optional reply and for the Court to hear and resolve Plaintiffs' Motion by September 15, 2026, or as soon thereafter as practicable. *See* Local Rule 7.1(b)(3) (requiring leave of court to file reply).

7. Defendants have conferred with Plaintiffs regarding this request. Plaintiffs oppose this request.

WHEREFORE, for the reasons stated herein, Defendants respectfully request that the Court extend the deadline to respond to Plaintiffs' Motion, up to and including September 4, 2026.

Dated: August 27, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

WILLIAM C. SILVIS
Assistant Director

MICHAEL A. CELONE
DANIEL SCHUTRUM-BOWARD
Senior Litigation Counsels

OLEKSIY ISAEV
Trial Attorney

*<u>/s/ Michael A. Celone</u>*
MICHAEL A. CELONE
Senior Litigation Counsel
United States Department of Justice
Civil Division
General Litigation and Appeals Section
Post Office Box 868 | Ben Franklin Station |
Washington, D.C. 20044-0868
Michael.A.Celone@usdoj.gov
202-305-2040

*Counsel for Defendants*

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that Defendants' counsel conferred with counsel for Plaintiffs, who oppose the requested relief.

Dated: August 27, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: August 27, 2026