UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| The Presidents' Alliance on Higher Education and Immigration, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-13799 |

**NOTICE OF APPEARANCE**

Please take notice that Oleksiy Isaev, Trial Attorney, United States Department of Justice, Civil Division, enters his appearance as counsel of record on behalf of Defendants, U.S. Department of Homeland Security, *et al.*, in the above-captioned action.

Dated: September 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

WILLIAM C. SILVIS
Assistant Director

MICHAEL A. CELONE
DANIEL SCHUTRUM-BOWARD
Senior Litigation Counsels

*/s/ Oleksiy Isaev*
OLEKSIY ISAEV
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Oleksiy.Isaev@usdoj.gov
(202) 431-1481

*Counsel for Defendants*