**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, *et al.* | ) | |
| Plaintiffs, | ) | Civil Action No. 1:26-cv-13799 |
| v. | ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) | |
| Defendants. | ) | |

**NOTICE OF APPEAL**

Defendants, U.S. Department of Homeland Security, et al., hereby appeal to the United States Court of Appeals for the First Circuit from this Court's September 14, 2026 Memorandum and Order, ECF No. 50, granting Plaintiffs' Motion for a Preliminary Injunction. The Order is an appealable interlocutory decision of a district court under 28 U.S.C. § 1292(a)(1).

Dated: September 30, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

WILLIAM C. SILVIS
Assistant Director

DANIEL SCHUTRUM-BOWARD
Senior Litigation Counsel

OLEKSIY ISAEV
Trial Attorney

*/s/Michael A. Celone*
MICHAEL A. CELONE
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
General Litigation and Appeals Section
Post Office Box 868 | Ben Franklin Station |
Washington, D.C. 20044-0868
Michael.A.Celone@usdoj.gov
202-305-2040

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michael A. Celone*
MICHAEL A. CELONE
Senior Litigation Counsel