# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Presidents' Alliance on Higher Education and Immigration et al v. United States Department of Homeland Security et al

District Court Number: 1:26-cv-13799-FDS

Fee: Paid? Yes ____ No ____ Government filer X *In Forma Pauperis* Yes ____ No ____

Motions Pending Yes X No ____
*If yes, document #* 46

Sealed documents Yes ____ No X
*If yes, document #* ____

*Ex parte* documents Yes ____ No X
*If yes, document #* ____

Transcripts Yes X No ____
*If yes, document #* 48

Notice of Appeal filed by: Plaintiff/Petitioner ____ Defendant/Respondent X Other: ____

Appeal from:

Markwayne Mullin , United States Department of Homeland Security, United States Immigration and Customs Enforcement, David Venturella

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#"s 50 & 53

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 53 filed on 9/30/2026.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 9/30/2026.

**ROBERT M. FARRELL**
Clerk of Court

/s/ Melonie Cooke
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____________________

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**