**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Civil Action No. 26-13799-FDS** |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER ON CERTIFICATION OF ADMINISTRATIVE RECORD AND SUPPLEMENTAL BRIEFING ON MOTIONS FOR SUMMARY JUDGMENT**

For good cause shown, and after a hearing, the Court hereby ORDERS the following schedule concerning the certification of the administrative record and briefing on motions for summary judgment:

1. Defendants shall transmit to plaintiffs the administrative record, and file with the Court an administrative record index, by October 23, 2026.

2. Any motions for summary judgment shall be filed by October 26, 2026, together with any supplemental memoranda of law not to exceed 20 pages.

3. Any reply memorandum shall be filed by November 2, 2026, and shall not exceed 10 pages.

The parties may, and are encouraged to, incorporate any prior memoranda filed in this matter by reference, so as to avoid unnecessary burden and expense and to promote the efficient disposition of this matter.

The parties need not comply with requirements of Local Rule 56.1 in connection with the filing of any motion for summary judgment.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge

Dated: October 16, 2026