**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

Case No. 1:26-cv-13799-FDS

**DEFENDANTS' MOTION FOR
EXTENSION OF TIME TO FILE SUMMARY JUDGMENT BRIEFING**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants respectfully move for a brief extension of time to file motions for summary judgment and subsequent reply memoranda.

On October 16, 2026, this Court entered an Order on Certification of Administrative Record and Supplemental Briefing on Motions for Summary Judgment (ECF No. 61). Under the terms of that Order, the parties are currently ordered to file any motions for summary judgment by October 26, 2026. Additionally, the Order mandates that any reply memorandum must be filed by November 2, 2026.

Specifically, Defendants move for the deadline to file motions for summary judgment to be extended to October 30, 2026, and that the deadline for reply memoranda be correspondingly extended to November 6, 2026. Counsel for Defendants conferred with counsel for Plaintiffs regarding the requested extension. Plaintiffs' counsel stated that Plaintiffs take no position on this motion.

Good cause exists for this short extension because Defendants are concurrently preparing their opening appellate brief and appendix in the related First Circuit interlocutory appeal (No. 26-

2112), which are due November 9, 2026. This extension will accommodate these concurrent obligations and ensure Defendants have adequate time to provide fulsome briefing on these important Administrative Procedure Act issues in both courts.

For these reasons, Defendants respectfully request that the Court grant this motion and extend the summary judgment filing deadline to October 30, 2026, and the reply deadline to November 6, 2026.

Dated: October 22, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

WILLIAM C. SILVIS
Assistant Director

DANIEL SCHUTRUM-BOWARD
Senior Litigation Counsel

OLEKSIY ISAEV
Trial Attorney

*/s/Michael A. Celone*
MICHAEL A. CELONE
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Post Office Box 868 | Ben Franklin Station |
Washington, D.C. 20044-0868
Michael.A.Celone@usdoj.gov
202-305-2040

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michael A. Celone*
MICHAEL A. CELONE
Senior Litigation Counsel

Dated: October 22, 2026