**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 1:26-cv-13799-FDS |

**DEFENDANTS' NOTICE OF FILING THE ADMINISTRATIVE RECORD INDEX**

Defendants submit this notice of filing the Administrative Record Index with the Court. In accordance with this Court's October 16, 2026, Order (Dkt. 61) Defendants file, as Exhibits to this notice, the Administrative Record Index, Appendix A and Declaration of Amy Bessada.

Dated: October 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

WILLIAM C. SILVIS
Assistant Director

DANIEL SCHUTRUM-BOWARD
MICHAEL A. CELONE
Senior Litigation Counsel

*/s/Oleksiy Isaev*
OLEKSIY ISAEV
Trial Attorney
U.S. Department of Justice, Civil Division
Post Office Box 878 | Ben Franklin Station |
Washington, D.C. 20044
Oleksiy.isaev@usdoj.gov
202-431-1481

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Oleksiy Isaev*
OLEKSIY ISAEV
Trial Attorney

Dated: October 23, 2026