**UNITED STATES DISTRICT COURT**
**FOR THE DISCTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENTS’ ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-13799<br><br>**UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT ADMINISTRATIVE RECORD FOR OCTOBER 23, 2026** |

**INDEX**
**CERTIFIED ADMINISTRATIVE RECORD**

| Volume | Bates No. |
|---|---|
| Volume 1 | 000000001-00181968 |
| Volume 2 | 00181969-00205970 |
| Volume 3 | 00205971-00285250 |
| Volume 4 | 00285251-00533213 |

| Document File Name | Bates No. |
|---|---|
| **FINAL DECISION DOCUMENTS – Vol. 3** | |
| 1. 05 NPRM - Nonimmigrant Academic Students et al (AD1 signed 4-28-25).pdf | 215646-215648 |
| 2. 25-14656 OGC-RA-SIGNED Attachment B (2 of 2) – Decision Doc – Duration of Status – 06.04.2025.pdf | 215649-215649 |

| | | |
|---|---|---|
| 3. | 25-22936 S1 SIGNED Docs NPRM to FR.pdf | 215650-215651 |
| 4. | 26-45733 OGC – S1 Signed Decision Document – Duration of Status Final Rule.pdf | 215652-215652 |
| 5. | 26-52057 S1 Signed Docs Final rule to FR.pdf | 215653-215655 |
| 6. | Duration of Status Memo 011626.pdf | 215656-215658 |
| | | |
| | **"OTHER" DOCUMENTS – Vol. 3** | |
| 7. | 01 ICE PRA Admin Record 050826.pdf | 217743-217762 |
| 8. | 02 Supporting Statement 1653-0038 to OIRA 7-22-26.pdf | 217763-217823 |
| 9. | 03 I-539 package – Duration of Status Final Rule – Admi Record.pdf | 217778-217823 |
| 10. | 04 I-765 Package – duration of Status Final Rule – Admin Record.pdf | 217824-217869 |
| 11. | 06 MaCie Comment Sent to USCIS.pdf | 217870-217874 |
| 12. | 07 DS_Comment_Late None PRA I Visa_10_03_25.pdf | 217875-217880 |
| 13. | 08 25-31507 Ryan 9.29.25.pdf | 217881-217884 |
| 14. | 09 25-31599 Wyden 9.30.25.pdf | 217885-217887 |
| 15. | 10 S1 Letter from Krishnamoorthi 11.14.25.pdf | 217888-217891 |
| 16. | 11 25-33305 Houlahan 11.13.25.pdf | 217892-217893 |
| 17. | 12 25-37371 Cohen 12.18.25.pdf | 217894-217894 |

| | |
|---|---|
| 18. 13 25-08206 – Ryan S1 SIGNED Response.pdf | 217895-217895 |
| 19. 14 25-33305 (25-08294) – Houlahan S1 SIGNED Response.pdf | 217896-217896 |
| 20. 15 25-37371 (25-09733) – Cohen S1 SIGNED Response 2.11.26.pdf | 217897-217897 |
| 21. 16 25-08235 – Sen Wyden response 4.13.26.pdf | 217898-217898 |
| 22. 17 26-49417 Liccardo 5.22.26.pdf | 217899-217901 |
| | |
| **COMMENTS – Vol. 1-3** | 177119-200246;<br>203346-211035 |
| 23. DS Comments 2025 Part 6.pdf | 177119 - 177158 |
| 24. DS_Comments_2025_Part 1.pdf | Incorporated in "Comments" |
| 25. DS_Comments_2025_Part 4.pdf | Incorporated in "Comments" |
| 26. DS_Comments_2025_Part__2.pdf | Incorporated in "Comments" |
| 27. DS_Comments_2025_Part_3.pdf | Incorporated in "Comments" |
| 28. DS_Comments_2025_Part 5_20045_to_21768.pdf | 200247-203345 |
| 29. DS_Comments_2025_Part 5_21769_to 21961_some_attachments_at_end (1).pdf | Incorporated in "Comments" |

| | |
|---|---|
| 30. ICEB-2025-0001 2026-04-21 16-01-38 Part 1.xlsl | 211036-211701 |
| 31. ICEB-2025-0001 2026-04-21 16-01-38 Part 2.xlsl | 211702-212365 |
| 32. ICEB-2025-0001 2026-04-21 16-01-38 Part 3.xlsl | 212336-213016 |
| 33. ICEB-2025-0001 2026-04-21 16-01-38 Part 4.xlsl | 213017-213699 |
| 34. ICEB-2025-0001 2026-04-21 16-01-38 Part 5.xlsl | 213700-213970 |
| 35. ICEB-2025-0001 2026-04-21 16-01-38 Part 6.xlsl | 213971-213977 |
| | |
| **STATISTICS AND GOVT WEBSITES – Vol. 1, 3** | 175916-177023 |
| 36. 2026_FR_ARCHIVE | See APPENDIX A |
| 37. 01 9 FAM 402.5 Updated 12-11-24.pdf | 217995-218063 |
| 38. 02 9 FAM 402.5 Updated 4-29-25.pdf | 218064-218132 |
| 39. 03 9 FAM 402.11.pdf | 218133-218139 |
| 40. 04 9 FAM 403.8.pdf | 218140-218143 |
| 41. 05 Homeland Security Presidential Directive-2.pdf | 218144-218148 |
| 42. 06 Surveys on International Talent Pilelines.pdf | 218149-218190 |
| 43. 07 911Report.pdf | 218191-218775 |

| | | |
|---|---|---|
| 44. | 08 Yearbook 2023 of Immigration Statistics.pdf | 533195-533213 |
| 45. | 09 Circular A-4.pdf | 218776-218804 |
| 46. | 10 OMB Memo M-25-20.pdf | 218805-218822 |
| 47. | 100 SEVIS_Overview.pdf | 218823-218830 |
| 48. | 101 International student levy technical detail.pdf | 218831-218833 |
| 49. | 102 Chapter 3 – Terms and Conditions of J Exchange Visitor Status_USCIS.pdf | 218834-218839 |
| 50. | 103 Duration I COA By Days stayed full scope dataset.xlsx | 218840-218843 |
| 51. | 104 Arrival_and_Departure_Information_System.pdf | 218844-218846 |
| 52. | 105 Nonimmigrant Worldwide Issuance and Refusal Data.pdf | 218847-218851 |
| 53. | 11 Form-I-20 – Certificate of Eligibility for Nonimmigrant Student Status.pdf | 218852-218858 |
| 54. | 12 Study in the States.pdf | 218859-218860 |
| 55. | 13 Training Opportunities in the US.pdf | 218861-218860 |
| 56. | 14 Traveling as an International Student_Meet with Your DSO.pdf | 218864-218865 |
| 57. | 15 Travelling as International Student_Form I-515A.pdf | 218866-218866 |
| 58. | 16 Travelling as in International Student_What to Bring to US POE.pdf | 218867-218868 |
| 59. | 17 Travelling as International Student_Meet with Your DSO Visited 2-9-26.pdf | 218869-218870 |

| | | |
|---|---|---|
| 60. | 18 Travelling as an International Student_Form I-515A Visited 2-9-26.pdf | 218871-218873 |
| 61. | 19 Travelling as an International Student_What to Bring to US POE Visited 2-9-26.pdf | 218874-218875 |
| 62. | 20 Graduation rate from first institution 2024 Table.pdf | 218876-218894 |
| 63. | 21 USCIS, Case Processing Times I-539 EOS for F M and J (accessed 2-23-26).pdf | 218895-218896 |
| 64. | 22 USCISContactCenter.pdf | 218899-218902 |
| 65. | 23 Expedite Requests.pdf | 218903-218904 |
| 66. | 24 I-539A.pdf | 218905-218909 |
| 67. | 25 I-765.pdf | 218910-218916 |
| 68. | 26 I-765 Updated.pdf | 218917-218923 |
| 69. | 27 I-766.pdf | 218924-218924 |
| 70. | 28 I-766 Updated.pdf | 218925-248926 |
| 71. | 29 I-797.pdf | 218927-248927 |
| 72. | 30 How do I request premium processing.pdf | 218928-248938 |
| 73. | 31 I-539 Application to Extend_Change Nonimmigrant Status_USCIS.pdf | 218939-248940 |
| 74. | 32 -539 Application to Extend_Change Nonimmigrant Status_Updated 010926.pdf | 218941-248947 |
| 75. | 33 USCIS Interoffice Memo May 2009.pdf | 218948-248998 |

| | | |
|---|---|---|
| 76. | 34 DACA by FY.pdf | 218999-248999 |
| 77. | 35 USCIS Policy Manual Vol 2 Part F Ch 2 visited 020426.pdf | 219000-219005 |
| 78. | 36 USCIS Policy Manual Vol 2 Part F Ch 6.pdf | 219006-219011 |
| 79. | 37 USCIS Policy Manual Vol 2 Part F ch 6 Visited 020426.pdf | 219012-219017 |
| 80. | 38 USCIS Policy Manual Vol 2 Part K Ch 2.pdf | 219018-219019 |
| 81. | 39 USCIS Policy Manual Vol 2 Part K Ch 2 visited 020426.pdf | 219020-219021 |
| 82. | 40 USCIS Policy Manual Vol 2 Part K Ch 3.pdf | 219022-219023 |
| 83. | 41 Accrual of Unlawful Presence Policy Memo Updated.pdf | 219024-219036 |
| 84. | 42 USCIS PM-602-0192.pdf | 219037-219040 |
| 85. | 43 Arrival_Departure_Forms_I94_and_I94W.pdf | 219041-219043 |
| 86. | 44 Entry Exit Overstay FY24 Report to Congress.pdf | 219044-219107 |
| 87. | 45 I-94 Official Website – Get Most Recent I-94 Request.pdf | 219108-219109 |
| 88. | 46 CBP Homepage.pdf | 219110-219112 |
| 89. | 47 I-94 Example.pdf | 219113-219130 |
| 90. | 48 I04 CBP Help Webpage.pdf | 219131-219148 |
| 91. | 49 I-94 Main Page.pdf | 219149-219150 |

| | | |
|---|---|---|
| 92. | 50 I-94 Main Page viewed 2-9-26.pdf | 219151-219152 |
| 93. | 51 I-94 Main Page 060426.pdf | 219153-249154 |
| 94. | 52 Extending the F-1 Form I-20.pdf | 219155-219159 |
| 95. | 53 Form-i-17-listing-of-available-degrees.pdf | 219160-219176 |
| 96. | 54 Form I-17 Petition Update.pdf | 219177-219204 |
| 97. | 55 MD 023-01 Rev 1.pdf | 219205-219209 |
| 98. | 56 Instruction Manual 023-01-001.pdf | 219210-219300 |
| 99. | 57 OHSS_Available_Reports_05_14_2026.pdf | 219301-219302 |
| 100. | 58 2022 Visa Data.pdf | 219303-219303 |
| 101. | 59 002_DHS_OSS_Legal_Imm_and_Adj_of_Status_Report_Table_1A.pdf | 219304-219307 |
| 102. | 60 002_DHS_OSS_Legal_Imm_and_Adj_of_Status_Report_Table_1B.pdf | 219308-219308 |
| 103. | 61 002_DHS_OSS_Legal_Imm_and_Adj_of_Status_Report_Table_2.pdf | 219309-219310 |
| 104. | 62 002_DHS_OSS_Legal_Imm_and_Adj_of_Status_Report_Table_3.pdf | 219311-219314 |
| 105. | 63 002_DHS_OSS_Legal_Imm_and_Adj_of_Status_Report_Table_4A.pdf | 219315-219317 |
| 106. | 64 002_DHS_OSS_Legal_Imm_and_Adj_of_Status_Report_Table_4B.pdf | 219318-219318 |

| | |
|---|---|
| 107. 65 DHS OSS, Legal Immig and Adj of Status Report FY 2023, Q4, Tab 4B.pdf | 219319-219319 |
| 108. 66 OHSS_Data_FY24_Table_4B.pdf | 219320-219320 |
| 109. 67 EOIR Adjudication Statistics.pdf | 219321-219321 |
| 110. 68 001_Yearbook_Immigration_Statistics_1997.pdf | 219322-219575 |
| 111. 69 1997 Stat Yearbook Table 39.pdf | 219576-219578 |
| 112. 70 Announcement of Expanded Screening.pdf | 219579-219581 |
| 113. 71 DoS J1 visa.pdf | 219582-219582 |
| 114. 72 DS-2019 About.pdf | 219583-219583 |
| 115. 73 DS-2019 Detailed Description – BridgeUSAParticipants_BridgeUSA.pdf | 219584-219585 |
| 116. 74 DS-2019 Detailed Description visited 3-16-26.pdf | 219586-219586 |
| 117. 75 DS-2019 AQ – BridgeUSAParticipants _ BridgeUSA.pdf | 219587-219589 |
| 118. 76 Dos J1 Visa Programs.pdf | 219590-219590 |
| 119. 77 Joint_Statement_of_Principles.pdf | 219591-219594 |
| 120. 78 2023 SEVIS By the Numbers Report SEVP.pdf | 219595-219615 |
| 121. 79 2024 SEVP SEVIS by the Numbers Report.pdf | 219616-219641 |
| 122. 80 Top 500 F1 Schools.pdf | 219642-219649 |

| | |
|---|---|
| 123. 81 DHS_ICE_PIA_SEVP_022020.pdf | 219650-219701 |
| 124. 82 DHS ICE PIA – 001 SEVP Website.pdf | 219702-219702 |
| 125. 83 OIGP Website.pdf | 219703-219707 |
| 126. 84 Pathway Programs sevp-PGS 132-i20.pdf | 219708-219710 |
| 127. 85 Student and Exchange Visitor Program_ICE.pdf | 219711-219717 |
| 128. 86 Student and Exchange Visitor Program_Updated.pdf | 219718-219722 |
| 129. 87 SEVIS Travel.pdf | 219723-219750 |
| 130. 88 ICE_s Mission_ICE.pdf | 219751-219755 |
| 131. 89 SEVIS Travel Updated July 2025.pdf | 219756-219785 |
| 132. 90 Data Email Summary.pdf | 219786-219788 |
| 133. 91 Courses Taken, Credits Earned, and Time to Degree 2011-2012.pdf | 219789-219852 |
| 134. 92 I-539 PC FR Supporting Statement.pdf | 219855-219862 |
| 135. 92 SEVP I-20 Form PRA and D_S Rule.pdf | 219863-219863 |
| 136. 93 Supporting Statement A for Form I-94.pdf | 219864-219879 |
| 137. 94 Personal Consumption Expenditures_Higher Education.pdf | 219880-219886 |

| | |
|---|---|
| 138. 95 Archive Map.docx[1] | 219887-219895 |
| 139. 96 DS NPRM PRA Section for I-539 and I-765_new.docx | 219896-219897 |
| 140. 97 Questions about F Data Pulls_2025.06.25.docx | 219898-219899 |
| 141. 98 Exchange-Visitor-Program-Category_Requirements.pdf | 219900-219901 |
| 142. 99 19263 – SEVIS data pull for DS.xlsx | 219902-219905 |
| | |
| **PRESS RELEASES – Vol. 1, 3** | 175824-175915 |
| 143. 01 Operator of English language schools charged.pdf | 217903-217904 |
| 144. 02 Owner Operator and Employee of Miami-Based School.pdf | 217905-217906 |
| 145. 03 Pastor sentenced to 1 year for visa fraud.pdf | 217907-217910 |
| 146. 04 School Official Admits Visa Fraud.pdf | 217911-217911 |
| 147. 05 Owner of Georgia English language school sentenced.pdf | 217912-217916 |
| 148. 06 DOJ_Press_Release_TriValley.pdf | 217917-217921 |
| 149. 07 3 indicted in _pay-to-stay_school scam.pdf | 217922-217926 |
| 150. 08 3 senior executives of for-profit schools plead guilty to student visa, financial aid fraud.pdf | 217927-217930 |
| 151. 09 Owner of schools that illegally allowed.pdf | 217931-217934 |

[1] Use this document to navigate through APPENDIX A that contains 2026-FR-ARCHIVE files.

| | |
|---|---|
| 152. 10 Chinese Government Employee Charged in Manhattan.pdf | 217935-217939 |
| 153. 11 Harvard University Professor and Two Chinese.pdf | 217940-217942 |
| 154. 12 University_of_Farmington_ICE_News_Release.pdf | 217943-217946 |
| 155. 13 Three Chinese Nationals Sentenced.pdf | 217947-217949 |
| 156. 14 Officer of China's People's Liberation Army Arrested.pdf | 217950-217953 |
| 157. 15 Chinese Businesswoman Sentenced.pdf | 217954-217957 |
| 158. 16 Chinese Government Employee Convicted.pdf | 217958-217962 |
| 159. 17 Russian National Illegal Charged.pdf | 217963-217966 |
| 160. 18 Three Nigerian Citizens Indicted.pdf | 217967-217969 |
| 161. 19 ICE removes Chinese national convicted of photographing military installations.pdf | 217970-217973 |
| 162. 20 Chinese Nationals Charged with Conspiracy and Smuggling.pdf | 217974-217978 |
| 163. 21 Chicago Man Arrested for Conspiracy Related to Gold Bar Scam.pdf | 217979-217981 |
| 164. 22 Three Chinese National Scholars from University of Michigan.pdf | 217982-217986 |
| 165. 23 Chinese National Pleads Guilty.pdf | 217987-217990 |
| 166. 24 Massachusetts Man Charged and Detained in Ongoing Elder Fraud Investigation.pdf | 217991-217994 |
| | |

| **NEWS ARTICLES AND OTHER EXTERNAL SOURCES – Vol. 1, 3** | 174193-174658 |
|---|---|
| 167. 01 ICCPR.pdf | 216275-216446 |
| 168. 02 University of Northern New Jersey Article.pdf | 216447-216447 |
| 169. 03 SSCI Hearing Feb 2018.pdf | 216448-216540 |
| 170. 04 HQ 70 6.2.9 June 2001.pdf | 216541-216544 |
| 171. 05 Little-Known Colleges Make Millions Off.pdf | 216545-216557 |
| 172. 06 The Structure of American Education.pdf | 216558-216558 |
| 173. 07 ACD Working Group for Foreign Influences on Research Integrity.pdf | 216559-216581 |
| 174. 08 Kelly Huang Criminal Complaint.pdf | 216582-216602 |
| 175. 09 Goff Wilson-DSO Official Guilty of Visa Fraud.pdf | 216603-216605 |
| 176. 10 Statement of Louis A Rodi III.pdf | 216606-216617 |
| 177. 11 2019 Annual Report to Congress.pdf | 216618-217210 |
| 178. 12 China may be behind theft of bio samples by Harvard-sponsored Chinese student, feds say.pdf | 217211-217213 |
| 179. 13 China Might Be Behind Harvard Student’s Theft of Cancer Research, Feds Claim.pdf | 217214-217222 |
| 180. 14 FBI_Director_2020_Remarks.pdf | 217223-217232 |
| 181. 15 U.S. Removes 4,600 Fraudulent OPT Participants from the Program_ImmigraitonReform.com.pdf | 217233-217235 |

| | |
|---|---|
| 182. 16 The Globalization of Postsecondary Education.pdf | 217236-217257 |
| 183. 17 NSPM-33.pdf | 217258-217272 |
| 184. 18 More charges against Chinese scientist in visa fraud case.pdf | 217273-217273 |
| 185. 19 FBI_Director_2022_Remarks.pdf | 217274-217283 |
| 186. 20 Graduation rate from first institution.pdf | 217284-217293 |
| 187. 21 Chinese engineer sentenced to 8 years in US prison for spying.pdf | 217294-217295 |
| 188. 22 Chinese engineer sentenced to 8 years in US prison for spying_webpage print.pdf | 217296-217298 |
| 189. 23 Chinese engineer sentenced to 8 years in U.S. prison for spying.pdf | 217299-217301 |
| 190. 24 Chinese Gate-Crashers Article.pdf | 217302-217304 |
| 191. 25 Guided learning hours-Cambridge English Support Site.pdf | 217305-217307 |
| 192. 26 College and University Endowments.pdf | 217308-217320 |
| 193. 27 Gaming the Student Visa System.pdf | 217321-217325 |
| 194. 28 Biennial Science and Engineering Indicators (Indicators) (March 2024).pdf | 217326-217377 |
| 195. 29 Jordanian Quantico breach X Post.pdf | 217378-217378 |
| 196. 30 The Unusual Espionage Act Case Against a Drone Photographer.pdf | 217379-217380 |
| 197. 31 Drone photographer pleads guilty to Espionage Act charges.pdf | 217381-217383 |

| | |
|---|---|
| 198. 32 Chinese U of Michigan Grads Charged.pdf | 217384-217386 |
| 199. 33 Graduate Enrollment and Postdoctoral Appointments.pdf | 217387-217401 |
| 200. 34 Jordanian Quantico breach.pdf | 217402-217405 |
| 201. 35 US News Top 20 Endowments.pdf | 217406-217416 |
| 202. 36 Entry Denied.pdf | 217417-217423 |
| 203. 37 USCIS Guide_Answers to immigration questions.pdf | 217424-217432 |
| 204. 38 Students or Spies.pdf | 217433-217446 |
| 205. 39 Spy surge sparks Trump visa crackdown on Chinese students.pdf | 217447-217449 |
| 206. 40 Chinese Couple Charged 060325.pdf | 217450-217454 |
| 207. 41What we Know about the Visa Obtained by Egyptian man.pdf | 217455-217458 |
| 208. 42 DC police arrest suspects in elaborate gold bar scam.pdf | 217459-217462 |
| 209. 43 Suspect Arrested in Multi-State Government Impersonation Scam.pdf | 217463-217463 |
| 210. 44 Guided learning hours Dec 2025-Cambridge English Support Site.pdf | 217464-217466 |
| 211. 45 Universal Declaration of Human Rights.pdf | 217467-217474 |
| 212. 46 DS Explainer.pdf | 217475-217478 |
| 213. 47 NCES Educational Levels.pdf | 217479-217480 |

| | |
|---|---|
| 214. 48 Who is Rasoul Jalili.pdf | 217481-217490 |
| 215. 49 ICE More than 10000 potential fraud cases.pdf | 217491-217494 |
| 216. 50 The University that Chose to Shrink.pdf | 217495-217510 |
| 217. 51 The University that Chose to Shrink COPYRIGHT NOTICE.pdf | 217511-217511 |
| 218. 52 Schools by Endowment.pdf | 217512-217523 |
| 219. 53 United Against Nuclear Iran.pdf | 217524-217525 |
| 220. 54 EPI_MinimumWage.pdf | 217526-217528 |
| 221. 55 Fast Facts_Time to Degree.pdf | 217529-217533 |
| 222. 56 Baccalaureate and Beyond (B&B_1617).pdf | 217534-217600 |
| 223. 57 Case No. 20-cv-05883-JSW.pdf | 217603-217637 |
| 224. 58 SBA_Table of Size Standards_Effective March 17, 2023.pdf | 217638-217678 |
| 225. 59 ocwage_04022025.pdf | 217679-217701 |
| 226. 60 ecec_03142025.pdf | 217702-217720 |
| 227. 61 Guided learning hours-Cambridge English Support Site.pdf | 217721-217723 |
| 228. 62 2026 provincial and territorial allocations.pdf | 217724-217731 |
| 229. 63 GSA_Privately Owned Vehicle Mileage Reimbursement Rates.pdf | 217732-217733 |

| | |
|---|---|
| 230. 64 R_What is R.pdf | 217734-217736 |
| 231. 65 The Labor Market for Recent College Graduates.pdf | 217737-217739 |
| 232. 66 Consolidated_Minimum_Wage_Table.pdf | 217740-217742 |
| | |
| **MEMO FOR THE RECORD-FINALIZED – Vol. 1, 3** | 174140-174192 |
| 233. Memo-Administrative Record-DS Rule-June 2026.pdf | |
| 234. Appendix D F1 and J1 Public Safety and National Security Examples.pdf | 216270-216272 |
| 235. Appendix C June 2026 Updated Student Example Cases.pdf | 216267-216269 |
| 236. Appendix B Updated SEVIS Long Term Students 2025-05-07.pdf | 216259-216266 |
| 237. Appendix A May 2020.pdf | 216222-216258 |
| | |
| **HISTORICAL CFR CITATIONS – Vol. 1, 3** | 173967-174139 |
| 238. 8 U.S.C. 1182(a)(9)(B) & (C).pdf | 216220-216221 |
| 239. 8 U.S.C. 1101(a)(15)(J).pdf | 216145-216219 |
| 240. 8 CFR 214.1(m)(3).pdf | *Included in* 173967-174139 |
| 241. 8 CFR 214.1(m)(1).pdf | 216133-216144 |

| | |
|---|---|
| 242. 22 CFR 62.20.pdf | 216129-216132 |
| 243. 2025 8 CFR 214.1 (in effect on 1-16-2025).pdf | 216120-216128 |
| 244. 2020 8 CFR 214.1c5.pdf | 216119-216119 |
| 245. 1985 8 CFR 214.2.pdf | 216076-216118 |
| 246. 1978 8 CFR 214.2.pdf | 216061-216075 |
| | |
| **FEDERAL REGISTER DOCUMENTS – Vol. 1, 3** | 171887-173564 |
| 247. EO 14192.pdf | 215643-215645 |
| 248. EO 14161.pdf | 215640-215642 |
| 249. EO 14148.pdf | 215635-215639 |
| 250. EO 14012.pdf | 215631-215634 |
| 251. EO13563.pdf | 215628-215630 |
| 252. EO 13323.pdf | 215626-215627 |
| 253. EO 13211.pdf | 215624-215625 |
| 254. EO 13175.pdf | 215620-215623 |
| 255. EO 13132.pdf | 215615-215619 |

| | |
|---|---|
| 256. EO 13045.pdf | 215611-215614 |
| 257. EO 12988.pdf | 215605-215610 |
| 258. EO 12866.pdf | 215595-215604 |
| 259. EO 12630.pdf | 215589-215594 |
| 260. 90 FR 49062.pdf | 215505-215588 |
| 261. 90 FR 42070.pdf | 215459-215504 |
| 262. 90 FR 24497 Proc 10949.pdf | 215450-215458 |
| 263. 89 FR 22903.pdf | 215440-215449 |
| 264. 89 FR 103054.pdf | 215041-215439 |
| 265. 88 FR 53761.pdf | 215040-215040 |
| 266. 87 FR 75891.pdf | 215019-215039 |
| 267. 87 FR 61959.pdf | 215014-215018 |
| 268. 86 FR 35410.pdf | 215013-215013 |
| 269. 85 FR 60526.pdf | 214940-215012 |
| 270. 85 FR 49941 (2020).pdf | 214939-214939 |
| 271. 85 FR 46788 (2020).pdf | 214797-214938 |

| | |
|---|---|
| 272. 85 FR 34353 Presidential Proclamation 10043.pdf | 214794-214796 |
| 273. 85 FR 27645.pdf | 214789-214793 |
| 274. 81 FR 82398.pdf | 214694-214788 |
| 275. 81 FR 4945 Jan 29 2006.pdf | 214681-214693 |
| 276. 78 FR 535.pdf | 214501-214680 |
| 277. 77 FR 68820.pdf | 214499-214500 |
| 278. 69 FR 39814 July 2004.pdf | 214485-214498 |
| 279. 67 FR 76307 Dec 12 2002.pdf | 214475-214484 |
| 280. 67 FR 76256 Dec 11 2002.pdf | 214449-214474 |
| 281. 56 FR 55608.pdf | 214439-214448 |
| 282. 52 FR 13223.pdf | 214429-214438 |
| 283. 51 FR Aug 4, 1986.pdf | 214195-214428 |
| 284. 50 FR 42006.pdf | 214191-214194 |
| 285. 48 FR 14575.pdf | 214168-214190 |
| 286. 46 FR 7267 (Jan. 23, 1981).pdf | 214165-214167 |
| 287. 45 FR 17590 March 19, 1980.pdf | 214162-214164 |

| | |
|---|---|
| 288. 43 FR 54618 (Nov. 22, 1978) Federal Reg Notice F-1.pdf | 214157-214161 |
| 289. 43 FR 32306 (Jul 26, 1978).pdf | 214150-214156 |
| 290. 38 FR 35425 (Dec. 28, 1973).pdf | 213978-214149 |
| | |
| **GAO REPORTS – Vol. 1, 3** | 173565-173966 |
| 291. 1 GAO-Controls Over Foreign Students in U.S. Postsecondary Institutions Are Still Ineffective.pdf | 215659-215708 |
| 292. 2 GAO-11-411.pdf | 215709-215785 |
| 293. 3 GAO-12-572.pdf | 215786-215839 |
| 294. 4 GAO-14-356.pdf | 215840-215885 |
| 295. 5 GAO-19-297.pdf | 215886-215967 |
| 296. 6 GAO SEVP DHS Can Take Additional Steps.pdf | 215968-215978 |
| 297. 7 GAO SVP DHS Can Take Additional Steps last visit 060926.pdf | 215979-215990 |
| 298. 8 gao-23-106114.pdf | 215991-216051 |
| 299. 9 GAO 23-106114 Implementation.pdf | 216052-216060 |
| | |
| **DOCKET DOCUMENTS FROM REGULATION.COM – Vol. 1** | |
| 300. Paperwork Reduction Act Comment Period (Posted Sep 30, 2025) | 171784-171784 |

| | |
|---|---|
| 301. Establishing a Fixed Time Period of Admission and an Extension of Stay Procedure for Nonimmigrant Academic Students, Exchange Visitors, and Representatives of Foreign Information Media. (Posted Aug 28, 2025) | 171592-171637 |
| 302. ICE Duration of Status RIA – Final Rule 2026 (Jul 17, 2026) | 171684-171783 |
| 303. Establishing a Fixed Time Period of Admission and an Extension of Stay Procedure for Nonimmigrant Academic Students, Exchange Visitors, and Representatives of Foreign Information Media. (Posted Jul 17, 2026) | 171436-171591 |
| 304. 1539-032-FRM-NPRMPublication-OMBReview-08182025 | 171405-171411 |
| 305. 1539-032-INS-NPRMPublication-OMBReview-08182025 | 171412-171430 |
| 306. Regulatory Impact Analysis (Posted Aug 28, 2025) | 171786-171871 |
| 307. Supporting Statement 1653-0038_DS_7.24.2025 (Posted Aug 28, 2025) | 171872-171886 |
| 308. Proposed changes to OMB Control Number 1653-0038 (Posted Aug 28, 2025) | 171785-171785 |
| 309. I-539 Duration of Status NPRM Copy Deck (Posted Aug 28, 2025) | 171643-171659 |
| 310. 1539A-032-FRM-NPRMPublication_OMBReview-08182025 | 171431-171435 |
| 311. I539-032-FRM-TOC-NPRMPublication-OMBReview-08182025 (Posted Aug 28, 2025) | 171660-171661 |
| 312. Form I-20 page 3 instructions_DSRule (Posted Aug 28, 2025) | 171638-171642 |
| 313. I539-032-INS-TOC-NPRMPublication-OMBReview-08182025 (Posted Aug 28, 2025) | 171662-171683 |
| | |
| **ADDITIONAL DOCUMENTS – Vol. 1** | |

| | |
|---|---|
| 314. ICE Form I-17.pdf | 171386-171385 |
| 315. Supporting Statement 1653-0038.pdf | 171386-171404 |
| | |
| **REFORMATTED DATA INDEX – Vol. 1, 3-4** | |
| 316. __2019241.pdf.accreport.html | 175659-175660 |
| 317. OTHER folder not reviewed for priv.pdf[2] | 175661-175822 |
| 318. letter.json[3] | 175823-175823 |
| 319. __2020501.pdf.accreport.html | 177024-177025 |
| 320. __2019241.pdf.accreport.html | 217601-217602 |
| 321. letter.json[4] | 217902-217902 |
| 322. __2020501.pdf.accreport.html | 219853-219854 |
| 323. FEDERAL REGISTER DOCS FOLDER FINAL.pdf | 527988-529665 |
| 324. GAO REPORTS FOLDER (1-9 in order).pdf | 529666-530067 |
| 325. HISTORICAL CFR CITATIONS FOLDER.pdf | 530068-530240 |
| 326. MEMO FOR THE RECORD-FINALIZED-needs PII redacted.pdf[5] | 530241-530293 |

[2] Document does not contain PII, the working name was not updated.
[3] Document has been produced in Native format, see VOL 1.
[4] Document has been produced in Native format, see VOL 3.
[5] Document contains PII redactions and is a duplicate of entrance # 327.

| | |
|---|---|
| 327. MEMO FOR THE RECORD_FINALIZED_Redacted.pdf | 530294-530346 |
| 328. NEWS ARTICLES AND OTHER EXTERNAL SOURCES FINAL.pdf | 530347-531812 |
| 329. _2019241.pdf.accreport.html | 531813-531813 |
| 330. letter.json[6] | 531989-531989 |
| 331. PRESS RELEASES folder not reviewed for priv.pdf | 531990-532081 |
| 332. STATISTICS AND GOVT WEBSITES 10-105 only NOT REDACTED.pdf | 532082-533189 |
| 333. __2020501.pdf.accreport.html | 533190-533190 |

[6] Document has been produced in VOL 4/0020.