**UNITED STATES DISTRICT COURT**
**FOR THE DISCTRICT OF MASSACHUSETTS**

PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants*.

Civil Action No. 26-cv-13799

**UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT ADMINISTRATIVE RECORD FOR OCTOBER 23, 2026**

**APPENDIX A**

**CERTIFIED INDEX TO ADMINISTRATIVE RECORD**

| **Volume** | **Bates No.** |
|---|---|
| Volume 1 | 000000001-00181968 |
| Volume 2 | 00181969-00205970 |
| Volume 3 | 00205971-00285250 |
| Volume 4 | 00285251-00533213 |

| **DOCUMENTS** | **Bates No.** |
|---|---|
| **"STATISTICS AND GOVT WEBSITES"**<br>**2026_FR_ARCHIVE** | |
| **Programming Work** | |

| | | |
|---|---|---|
| | **Programing Work/F Category/Codes/F Data formatting and Inputs** | |
| 1. | 02_AllCustomLoopFunctions_Archive (1).pdf | Duplicate of #5 |
| 2. | 01b_New and Continuing Counts_Archive (1).pdf | Duplicate of #6 |
| 3. | 03_F_Data_BehaviorFlagging_Archive.pdf | 10-59 |
| 4. | 02_F_Data_Formatting_Parallel_Achive.pdf | 34-40 |
| 5. | 02_AllCustomLoopFunctions_Archive.pdf | 19-33 |
| 6. | 01b_New and Continuing Counts_Archive.pdf | 11-18 |
| 7. | 01a_F_Data_Formatting_Archive.pdf | 1-10 |
| | | |
| | **Programing Work/F Category/Codes/Markov Model** | |
| 8. | 02_F-Program Process Events for Markov Model_Archive.pdf | 409338-409345 |
| 9. | 03_F-Program Estimate Parameters for Markov Model_Archive.pdf | 409346-406359 |
| 10. | 04_F-Program Markov Model_2026-01-16_Archive.pdf | 409360-409374 |
| 11. | 01_F-Program Process Aggregates for Model_Archive.pdf | 409332-409337 |
| | | |
| | **Programing Work/F Category/Outputs.zip/Flagging** | |
| 12. | 2025_F_Data_FlagSumm_FinalArchive.xlsx | 409375-409445 |
| 13. | 2025_F_Data_QAFlaHist_FinalArchive.csv (*opens via unzip in VOL 4/0011*) | 409446-461854 |
| 14. | 2025_F_Data_UnflaggedHistories_RM_FinalArchive.csv (*opens in VOL 4/0012*) | 461855-461855 |
| 15. | 2025_F_Data_UnflagHist_FinalArchive.csv (*opens via unzip in VOL 4/0013)* | 461856-527390 |
| | | |
| | **Programing Work/F Category/Outputs.zip/Formatting** | |

| | |
|---|---|
| 16. 2025_F_Data_Formatted_15perc_Archive.csv[1] | 533191-533191 |
| | |
| **Programing Work/F Category/Outputs.zip/Interim** | |
| 17. F_Event_History_2016-2024_Filtered_Archive.csv[2] | 533194-533213 |
| 18. F_OPT_Merged_Data_2016_2024_Archive.csv[3] | 527391-527391 |
| | |
| **Programing Work/F Category/Outputs.zip/Modeling/F_Markov_inputs_Archive** | 13315-18995 |
| 19. Boundaries_person_year_multicause_long.csv | 60-13314 |
| 20. Boundaries_person_year_priority_raw.csv | 13315-18995 |
| 21. Continuing_in_country_active_2024_k_distribution.csv | 18996-18996 |
| 22. Cycles_person_year.csv | 18997-40726 |
| 23. Eos_source_attribution_counts_multicause.csv[4] | 40727-40727 |
| 24. Eos_source_attribution_counts_priority.csv[5] | 40728-40728 |
| 25. Events_enriched_all.csv [6] | 533192-533192 |
| 26. Events_enriched_clean.csv[7] | 533193-533193 |
| 27. F_aggregates_long_2022_2024.csv[8] | 40729-40733 |
| 28. F_cohort_inputs_2022_2024avg_noncommuter.csv[9] | 40734-40724 |
| 29. F_commuter_exlusion_summary_2022_2024avg.csv[10] | 40735-40735 |

[1] Document has been produced in Native format, see VOL 4/0022.
[2] Document has been produced in Native format, see VOL 4/0022.
[3] Document has been produced in Native format, see VOL 4/0014.
[4] Document has been produced in pdf format, see VOL 1/0006.
[5] Document has been produced in pdf format, see VOL 1/0006.
[6] Document has been produced in Native format, see VOL 4/0022.
[7] Document has been produced in Native format, see VOL 4/0022.
[8] Document has been produced in pdf format, see VOL 1/0006.
[9] Document has been produced in pdf format, see VOL 1/0006.
[10] Document has been produced in pdf format, see VOL 1/0006.

| | |
|---|---|
| 30. Modeled_transition_counts_constrained_smoothed_by_py_topcoded.csv[11] | 40736-40749 |
| 31. Modeled_transition_counts_raw_by_topcoded.csv[12] | 40750-40763 |
| 32. Modeled_transition_probs_constrained_smoothed_by_py_tocoded.csv[13] | 40764-40777 |
| 33. Modeled_transition_probs_constrained_smoothed_by_py_topcoded.csv[14] | 40778-40789 |
| 34. Modeled_transition_probs_raw_by_py_topcoded.csv[15] | 40790-40803 |
| 35. Qa_disallowed_positive_counts_by_py_topcoded.csv[16] | 40804-40805 |
| 36. Qa_mass_removed_by_constraints_by_py_topcoded.csv[17] | 40806-40806 |
| 37. Qc_dropped_sevis_ids.csv[18] | 40807-40807 |
| 38. Qc_spell_clock_diff_counts.csv[19] | 40808-40808 |
| 39. Qc_summary.csv[20] | 40809-40809 |
| 40. Spell_id_diagnostics_summary.csv[21] | 40810-40810 |
| 41. Spell_id_diagnostics_violations.csv[22] | 40811-41129 |
| | |
| **Programing Work/F Category/Outputs.zip/Modeling/F-Markov_outputs_Archive/Alt_2026-01-15** | |
| 42. EOS Summary Table_2026.01.16.xlsx | 41130-41136 |

[11] Document has been produced in pdf format, see VOL 1/0006.
[12] Document has been produced in pdf format, see VOL 1/0006.
[13] Document has been produced in pdf format, see VOL 1/0006.
[14] Document has been produced in pdf format, see VOL 1/0006.
[15] Document has been produced in pdf format, see VOL 1/0006.
[16] Document has been produced in pdf format, see VOL 1/0006.
[17] Document has been produced in pdf format, see VOL 1/0006.
[18] Document has been produced in pdf format, see VOL 1/0006.
[19] Document has been produced in pdf format, see VOL 1/0006.
[20] Document has been produced in pdf format, see VOL 1/0006.
[21] Document has been produced in pdf format, see VOL 1/0006.
[22] Document has been produced in pdf format, see VOL 1/0006.

| | |
|---|---|
| 43. Markov_eos_f1_by_program_year.csv[23] | 41137-41138 |
| 44. Markov_eos_f1_by_program_year_cause.csv[24] | 41139-41156 |
| 45. Markov_eos_f1_by_year.csv[25] | 41157-41159 |
| 46. Markov_eos_f1_mandatory_by_program_year.csv[26] | 41160-41161 |
| 47. Markov_eos_f1_mandatory_vs_triggered_by_program_year.csv[27] | 41162-41162 |
| 48. Markov_eos_F1_mandatory_by_program_year.csv[28] | 41299-41300 |
| 49. Markov_eos_f2_by_program_year.csv[29] | 41163-41164 |
| 50. Markov_eos_total_by_program_year_cause.csv[30] | 41212-41229 |
| 51. Markov_eos_f2_by_program_year_cause.csv[31] | 41165-41182 |
| 52. Markov_eos_f2_by_year_cause.csv[32] | 41183-41185 |
| 53. Markov_eos_f2_mandatory_by_program_year.csv[33] | 41186-41187 |
| 54. Markov_eos_f2_mandatory_vs_triggered_by_year.csv[34] | 41188-41188 |
| 55. Markov_eos_total_attribution_share_by_year.csv[35] | 41189-41191 |
| 56. Markov_eos_total_attribution_share_by_year_program.csv[36] | 41192-41209 |
| 57. Markov_eos_total_by_program_year.csv[37] | 41210-41211 |

[23] Document has been produced in pdf format, see VOL 1/0006.
[24] Document has been produced in pdf format, see VOL 1/0006.
[25] Document has been produced in pdf format, see VOL 1/0006.
[26] Document has been produced in pdf format, see VOL 1/0006.
[27] Document has been produced in pdf format, see VOL 1/0006.
[28] Document has been produced in pdf format, see VOL 1/0007.
[29] Document has been produced in pdf format, see VOL 1/0006.
[30] Document has been produced in pdf format, see VOL 1/0007.
[31] Document has been produced in pdf format, see VOL 1/0006.
[32] Document has been produced in pdf format, see VOL 1/0006.
[33] Document has been produced in pdf format, see VOL 1/0006.
[34] Document has been produced in pdf format, see VOL 1/0006.
[35] Document has been produced in pdf format, see VOL 1/0006.
[36] Document has been produced in pdf format, see VOL 1/0006.
[37] Document has been produced in pdf format, see VOL 1/0006.

| | | |
|---|---|---|
| 58. | Markov_eos_total_by_year_cause.csv[38] | 41230-41232 |
| 59. | Markov_eos_total_mandatory_by_program_year.csv[39] | 41233-41234 |
| 60. | Markov_eos_total_mandatory_vs_triggered_by_year.csv[40] | 41235-41235 |
| 61. | Markov_stocks_f1_by_state_year.csv[41] | 41236-41261 |
| 62. | Qa_topcode_forced_exit_mass_by_year.csv[42] | 41262-41263 |
| 63. | Qa_transition_rowsum_from_state.cs[43] | 41264-41266 |
| | | |
| | **Programing Work/F Category/Outputs.zip/Modeling/F-Markov_outputs_Archive/Main_2026-01-16** | |
| 64. | EOS_Summary_Table_2026.01.16.xlsx | 41267-41275 |
| 65. | Markov_eos_f1_by_program_year.csv[44] | 41276-41277 |
| 66. | Markov_eos_f1_by_program_year_cause.csv[45] | 41278-41295 |
| 67. | Markov-eos_f1_by_year_cause.csv[46] | 41296-41298 |
| 68. | Markov_eos_f1_mandatory_vs_triggered_by_year.csv[47] | 41301-41301 |
| 69. | Markov_eos_f2_by_program_year.csv[48] | 41302-41303 |
| 70. | Markov_eos_f2_by_program_year_cause.csv[49] | 41304-41321 |
| 71. | Markov_eos_f2_by_year_cause.csv[50] | 41322-41324 |

[38] Document has been produced in pdf format, see VOL 1/0007.
[39] Document has been produced in pdf format, see VOL 1/0007.
[40] Document has been produced in pdf format, see VOL 1/0007.
[41] Document has been produced in pdf format, see VOL 1/0007.
[42] Document has been produced in pdf format, see VOL 1/0007.
[43] Document has been produced in pdf format, see VOL 1/0007.
[44] Document has been produced in pdf format, see VOL 1/0007.
[45] Document has been produced in pdf format, see VOL 1/0007.
[46] Document has been produced in pdf format, see VOL 1/0007.
[47] Document has been produced in pdf format, see VOL 1/0007.
[48] Document has been produced in pdf format, see VOL 1/0007.
[49] Document has been produced in pdf format, see VOL 1/0007.
[50] Document has been produced in pdf format, see VOL 1/0007.

| | |
|---|---|
| 72. Markov_eos_f2_mandatory_by_program_year.csv[51] | 41325-41326 |
| 73. Markov_eos_f2_mandatory_vs_triggered_by_year.csv[52] | 41327-41327 |
| 74. Markov_eos_total_attribution_share_by_year.csv[53] | 41328-41330 |
| 75. Markov_eos_total_attribution_share_by_year_program.csv[54] | 41331-41348 |
| 76. Markov_eos_total_attribution_share_by_year_program.xlsx | 41349-41369 |
| 77. Markov_eos_total_by_progam_year.csv[55] | 41370-41371 |
| 78. Markov_eos_total_by_progam_year_cause.csv[56] | 41372-41389 |
| 79. Markov_eos_total_by_year_cause.csv[57] | 41390-41392 |
| 80. Markov_eos_total_mandatory_by_program_year.csv[58] | 41393-41394 |
| 81. Markov_eos_total_mandatory_vs_triggered_by_year.csv[59] | 41395-41395 |
| 82. Markov_stocks_f1_by_state_year.csv[60] | 41396-41447 |
| 83. Qa_topcode_forced_exit_mass_by_year.csv[61] | 41448-41449 |
| 84. Qa_transition_rowsum_from_states.csv[62] | 41450-41454 |
| | |
| **Programing Work/F Category/Outputs.zip/Population_and_Dependents** | |
| 85. Dep_per_F_NoBorderStudents.csv[63] | 41455-41456 |

[51] Document has been produced in pdf format, see VOL 1/0007.
[52] Document has been produced in pdf format, see VOL 1/0007.
[53] Document has been produced in pdf format, see VOL 1/0007.
[54] Document has been produced in pdf format, see VOL 1/0007.
[55] Document has been produced in pdf format, see VOL 1/0007.
[56] Document has been produced in pdf format, see VOL 1/0007.
[57] Document has been produced in pdf format, see VOL 1/0007.
[58] Document has been produced in pdf format, see VOL 1/0007.
[59] Document has been produced in pdf format, see VOL 1/0007.
[60] Document has been produced in pdf format, see VOL 1/0007.
[61] Document has been produced in pdf format, see VOL 1/0007.
[62] Document has been produced in pdf format, see VOL 1/0007.
[63] Document has been produced in pdf format, see VOL 1/0007.

| | |
|---|---|
| 86. Dep_per_F_WithBorderStudents.csv[64] | 41457-41458 |
| 87. F_Counts_ByProgramBorderStatus_NoBorderStudents.csv[65] | 41459-41459 |
| 88. F_Counts_ByProgramBorderStatus_WithBorderStudents.csv[66] | 41460-41460 |
| 89. F_Counts_NoBorderStudents.csv[67] | 41461-41461 |
| 90. F_Counts_WithBorderStudents.csv[68] | 41462-41462 |
| 91. F_Population_and_Dependents_Workbook.xlsx | 41463-41474 |
| | |
| **Data from SEVP.zip/F Data** | |
| **F Data/F Even History** | |
| 92. 2024_student_events.csv[69] | 222051-285250 |
| 93. STUDENT EVEN 2016 150 AND LARGER.csv[70] | 285251-285251 |
| 94. STUDENT EVENTS 2026 48 AND 159.csv[71] | 285252-285252 |
| 95. STUDENT EVENTS 2018.csv[72] | 285253-285253 |
| 96. STUDEN EVENTS 2020.csv [73] | 285254-285254 |
| 97. STUDENT EVENTS 2022.csv[74] | 285255-285255 |
| 98. STUDENT EVENTS 2023.csv[75] | 285256-285256 |
| | |
| **F Data/F Sponsor Data** | |

[64] Document has been produced in pdf format, see VOL 1/0007.
[65] Document has been produced in pdf format, see VOL 1/0007.
[66] Document has been produced in pdf format, see VOL 1/0007.
[67] Document has been produced in pdf format, see VOL 1/0007.
[68] Document has been produced in pdf format, see VOL 1/0007.
[69] Document has been produced in zip format, see VOL 3/0031.
[70] Document has been produced in Native format, see VOL 4/0001.
[71] Document has been produced in Native format, see VOL 4/0001.
[72] Document has been produced in Native format, see VOL 4/0001.
[73] Document has been produced in Native format, see VOL 4/0001.
[74] Document has been produced in Native format, see VOL 4/0001.
[75] Document has been produced in Native format, see VOL 4/0001.

| | |
|---|---|
| 99. 21792-Update to Approved Schools 20690 and 20893 (PT and DS rules).xlsx | 285257-285702 |
| | |
| **F Data/Student Details and OPT** | |
| 100. Student Details and OPT Post and STEM 2016.xlsx | 285703-347241 |
| 101. Student Details and OPT Post and STEM 2017.xlsx | 347242-347242 |
| 102. Student Details and OPT Post and STEM 2018.xlsx | 347243-347243 |
| 103. Student Details and OPT Post and STEM 2019.xlsx | 347244-347244 |
| 104. Student Details and OPT Post and STEM 2020.xlsx | 347245-347245 |
| 105. Student Details and OPT Post and STEM 2021.xlsx | 347246-347246 |
| 106. Student Details and OPT Post and STEM 2022.xlsx | 347247-347247 |
| 107. Student Details and OPT Post and STEM 2023.xlsx | 347248-347248 |
| 108. Student Details and OPT Post and STEM 2024.xlsx | 347249-347249 |
| 109. Student Details and OPT Post and STEM Summary.xlsx | 347250-347250 |
| 110. 22479 – Data Pull for DS Rule – Aggregate Numbers.xlsx | 219906-219907 |
| 111. 22539 – Pull for DS Rule – Dependent Reports.xlsx | 219908-222050 |
| | |
| **J Data** | |
| **J Data/J-Data FullPull_2025.07.11** | |
| 112. 2016 Warm Body_DEIDENT.xlsx | 364325-364325 |
| 113. 2017 Warm Body_DEIDENT.xlsx | 364326-364326 |
| 114. 2018 Warm Body_20250606_DEIDENT.xlsx | 364327-364327 |
| 115. 2019 Warm Body_DEIDENT.xlsx | 364328-364328 |
| 116. 2020 Warm Body_DEIDENT.xlsx | 364329-379772 |
| 117. 2021 Warm Body_DEIDENT.xlsx | 379773-394482 |

| | |
|---|---|
| 118. 2022 Warm Body_DEIDENT.xlsx | 394483-394483 |
| 119. 2023 Warm Body_DEIDENT.xlsx | 394484-394484 |
| 120. 2024 Warm Body_DEIDENT.xlsx | 394485-394485 |
| 121. Counts 2022-2024_inc dep.xlsx | 394486-394491 |
| 122. Duration of Status within max_20251125_DECON.xlsx | 347251-364324 |
| | |
| **Workbooks.zip** | |
| **Workbooks.zip/Final Rule Costs** | |
| 123. Duration of Status_2Yr_2026.02.24_Archived.xlsx | 527413-527413 |
| 124. Duration of Status_4Yr_2026.02.24_Archived.xlsx | 527414-527414 |
| | |
| **Workbooks.zip/RFA** | |
| 125. F Sponsor Universe and Small School Prop.xlsx | 527415-527415 |
| 126. F Sponsors_Private4Profit_SmallBusinessDeterminations.xlsx | 527416-527416 |
| 127. ICE_DS_FRFA_CostCalcs_2026.02.24_Archived.xlsx | 527417-527416 |
| 128. AffectedPopulationTable_2025.12.05.xlsx | 527410-527410 |
| 129. EOS_NPRM_FinalRuleComparison_2026.02.27.xlsx | 527411-527411 |
| 130. I Nonimmigrant_Population and EOS Estimates)2022-2024 | 527412-527412 |
| | |
| **REFORMATTED DATA FROM 2026-FR-ARCHIVE** | |
| 131. 01a_Data_Preprocess_Archive.pdf | 41475- 41482 |
| 132. 01b_Dependent_Counts_Per_J1_Archive.pdf | 41483-<br>41490 |
| 133. 02_Data_Formatting_Archive.pdf | 41491- 41504 |
| 134. 03_Data_Formatting_Archive.pdf | 41505- 41507 |

| | |
|---|---|
| 135. J-Data_Combined_2026-01-07.csv[76] | 41508- 90586 |
| 136. All_Warm_Bodies_2016_2024_V6_INTERIM.csv[77] | 90587- 90587 |
| 137. All_Warm_Bodies_Extensions_2016_2024_V6_INTERIM.csv[78] | 90588- 113541 |
| 138. V10_Transformed_Data_Batch_10_of48.csv[79] | 113542- 115660 |
| 139. V10_Transformed_Data_Batch_11_of48.csv[80] | 115661- 117952 |
| 140. V10_Transformed_Data_Batch_12_of48.csv[81] | 117953- 120056 |
| 141. V10_Transformed_Data_Batch_13_of48.csv[82] | 120057- 122103 |
| 142. V10_Transformed_Data_Batch_14_of48.csv[83] | 122104- 124453 |
| 143. V10_Transformed_Data_Batch_15_of48.csv[84] | 124454- 126522 |
| 144. V10_Transformed_Data_Batch_16_of48.csv[85] | 126523- 128490 |
| 145. V10_Transformed_Data_Batch_17_of48.csv[86] | 128491- 129407 |
| 146. V10_Transformed_Data_Batch_18_of48.csv[87] | 129408- 130422 |
| 147. V10_Transformed_Data_Batch_19_of48.csv[88] | 130423- 131710 |
| 148. V10_Transformed_Data_Batch_1_of48.csv[89] | 131711- 132763 |
| 149. V10_Transformed_Data_Batch_20_of48.csv[90] | 132764- 133823 |

[76] Document has been produced in zip format, see VOL 1/0007.
[77] Document has been produced in Native format, see VOL 1/0009.
[78] Document has been produced in zip format, see VOL 1/0010.
[79] Document has been produced in pdf format, see VOL 1/0011.
[80] Document has been produced in pdf format, see VOL 1/0012.
[81] Document has been produced in pdf format, see VOL 1/0013.
[82] Document has been produced in pdf format, see VOL 1/0014.
[83] Document has been produced in pdf format, see VOL 1/0015.
[84] Document has been produced in pdf format, see VOL 1/0016.
[85] Document has been produced in pdf format, see VOL 1/0017.
[86] Document has been produced in pdf format, see VOL 1/0018.
[87] Document has been produced in pdf format, see VOL 1/0019.
[88] Document has been produced in pdf format, see VOL 1/0020.
[89] Document has been produced in pdf format, see VOL 1/0021.
[90] Document has been produced in pdf format, see VOL 1/0022.

| | |
|---|---|
| 150. V10_Transformed_Data_Batch_21_of48.csv[91] | 133824- 134864 |
| 151. V10_Transformed_Data_Batch_22_of48.csv[92] | 134865- 135863 |
| 152. V10_Transformed_Data_Batch_23_of48.csv[93] | 135864- 136615 |
| 153. V10_Transformed_Data_Batch_24_of48.csv[94] | 136616- 137494 |
| 154. V10_Transformed_Data_Batch_25_of48.csv[95] | 137495- 138482 |
| 155. V10_Transformed_Data_Batch_26_of48.csv[96] | 138483-140079 |
| 156. V10_Transformed_Data_Batch_27_of48.csv[97] | 140080-141253 |
| 157. V10_Transformed_Data_Batch_28_of48.csv[98] | 141254-142721 |
| 158. V10_Transformed_Data_Batch_29_of48.csv[99] | 142722-143761 |
| 159. V10_Transformed_Data_Batch_2_of48.csv[100] | 143762-144654 |
| 160. V10_Transformed_Data_Batch_30_of48.csv[101] | 144655-146236 |
| 161. V10_Transformed_Data_Batch_31_of48.csv[102] | 146237-147493 |
| 162. V10_Transformed_Data_Batch_32_of48.csv[103] | 147494-148489 |
| 163. V10_Transformed_Data_Batch_33_of48.csv[104] | 148490-149388 |
| 164. V10_Transformed_Data_Batch_34_of48.csv[105] | 149389-150388 |
| 165. V10_Transformed_Data_Batch_35_of48.csv[106] | 150389-151636 |

[91] Document has been produced in pdf format, see VOL 1/0023.
[92] Document has been produced in pdf format, see VOL 1/0024.
[93] Document has been produced in pdf format, see VOL 1/0025.
[94] Document has been produced in pdf format, see VOL 1/0026.
[95] Document has been produced in pdf format, see VOL 1/0027.
[96] Document has been produced in pdf format, see VOL 1/0028.
[97] Document has been produced in pdf format, see VOL 1/0029.
[98] Document has been produced in pdf format, see VOL 1/0030.
[99] Document has been produced in pdf format, see VOL 1/0031.
[100] Document has been produced in pdf format, see VOL 1/0032.
[101] Document has been produced in pdf format, see VOL 1/0033.
[102] Document has been produced in pdf format, see VOL 1/0034.
[103] Document has been produced in pdf format, see VOL 1/0035.
[104] Document has been produced in pdf format, see VOL 1/0036.
[105] Document has been produced in pdf format, see VOL 1/0037.
[106] Document has been produced in pdf format, see VOL 1/0038.

| | |
|---|---|
| 166. V10_Transformed_Data_Batch_36_of48.csv[107] | 151637-152710 |
| 167. V10_Transformed_Data_Batch_37_of48.csv[108] | 152711-153513 |
| 168. V10_Transformed_Data_Batch_38_of48.csv[109] | 153514- 154437 |
| 169. V10_Transformed_Data_Batch_39_of48.csv[110] | 154438- 155189 |
| 170. V10_Transformed_Data_Batch_3_of48.csv[111] | 155190- 156034 |
| 171. V10_Transformed_Data_Batch_40_of48.csv[112] | 156035- 157238 |
| 172. V10_Transformed_Data_Batch_41_of48.csv[113] | 157239- 158399 |
| 173. V10_Transformed_Data_Batch_42_of48.csv[114] | 158400- 159422 |
| 174. V10_Transformed_Data_Batch_43_of48.csv[115] | 159423- 160472 |
| 175. V10_Transformed_Data_Batch_44_of48.csv[116] | 160473- 161248 |
| 176. V10_Transformed_Data_Batch_45_of48.csv[117] | 161249- 162012 |
| 177. V10_Transformed_Data_Batch_46_of48.csv[118] | 162013- 162966 |
| 178. V10_Transformed_Data_Batch_47_of48.csv[119] | 162967- 163898 |
| 179. V10_Transformed_Data_Batch_48_of48.csv[120] | 163899- 164718 |
| 180. V10_Transformed_Data_Batch_4_of48.csv[121] | 164719- 165644 |
| 181. V10_Transformed_Data_Batch_5_of48.csv[122] | 165645- 166607 |

[107] Document has been produced in pdf format, see VOL 1/0039.
[108] Document has been produced in pdf format, see VOL 1/0040.
[109] Document has been produced in pdf format, see VOL 1/0041.
[110] Document has been produced in pdf format, see VOL 1/0042.
[111] Document has been produced in pdf format, see VOL 1/0043.
[112] Document has been produced in pdf format, see VOL 1/0044.
[113] Document has been produced in pdf format, see VOL 1/0045.
[114] Document has been produced in pdf format, see VOL 1/0046.
[115] Document has been produced in pdf format, see VOL 1/0047.
[116] Document has been produced in pdf format, see VOL 1/0048.
[117] Document has been produced in pdf format, see VOL 1/0049.
[118] Document has been produced in pdf format, see VOL 1/0050.
[119] Document has been produced in pdf format, see VOL 1/0051.
[120] Document has been produced in pdf format, see VOL 1/0052.
[121] Document has been produced in pdf format, see VOL 1/0053.
[122] Document has been produced in pdf format, see VOL 1/0054.

| | |
|---|---|
| 182. V10_Transformed_Data_Batch_6_of48.csv[123] | 166608- 167834 |
| 183. V10_Transformed_Data_Batch_7_of48.csv[124] | 167835- 169033 |
| 184. V10_Transformed_Data_Batch_8_of48.csv[125] | 169034- 170141 |
| 185. V10_Transformed_Data_Batch_9_of48.csv[126] | 170142- 171013 |
| 186. A_ids_more_than_2_programs.csv[127] | 171014- 171014 |
| 187. B_starting_program_distribution.csv[128] | 171015- 171015 |
| 188. C_ids_unresolved_history.csv[129] | 171016- 171020 |
| 189. D_transitions_2programs.csv[130] | 171021- 171021 |
| 190. E_complete_extend_probabilities.csv[131] | 171022- 171023 |
| 191. F_cohort_size.csv[132] | 171024- 171025 |
| 192. J_program_summaries_plus_table.xlsx | 171026- 171039 |
| 193. Cohort_counts_by_cycle.csv[133] | 171040- 171042 |
| 194. Cohort_trace_counts.csv[134] | 171043- 171071 |
| 195. EOS_counts_by_cycle.csv[135] | 171072- 171076 |
| 196. EOS_counts_by_cycle_person_year.csv[136] | 171077- 171107 |
| 197. Markov_EOS_outputs_alt.xlsx | 171108- 171195 |

[123] Document has been produced in pdf format, see VOL 1/0055.
[124] Document has been produced in pdf format, see VOL 1/0056.
[125] Document has been produced in pdf format, see VOL 1/0057.
[126] Document has been produced in pdf format, see VOL 1/0058.
[127] Document has been produced in pdf format, see VOL 1/0059.
[128] Document has been produced in pdf format, see VOL 1/0059.
[129] Document has been produced in pdf format, see VOL 1/0059.
[130] Document has been produced in pdf format, see VOL 1/0059.
[131] Document has been produced in pdf format, see VOL 1/0059.
[132] Document has been produced in pdf format, see VOL 1/0059.
[133] Document has been produced in pdf format, see VOL 1/0059.
[134] Document has been produced in pdf format, see VOL 1/0059.
[135] Document has been produced in pdf format, see VOL 1/0059.
[136] Document has been produced in pdf format, see VOL 1/0059.

| | |
|---|---|
| 198. EOS_counts_by_cycle.csv[137] | 171196- 171199 |
| 199. EOS_counts_by_cycle_person_year.csv[138] | 171200- 171229 |
| 200. Markov_EOS_outputs_main.xlsx | 171230- 171323 |
| 201. AlienPhysicans_ProgDur.csv[139] | 171324- 171324 |
| 202. Dep_per_J1.csv[140] | 171325- 171327 |
| 203. Ext_Counts.csv[141] | 171328- 171330 |
| 204. J_Counts.csv[142] | 171331- 171331 |
| 205. J_Counts_ByCat .csv[143] | 171332- 171332 |
| 206. J_Data_gt4Years.csv[144] | 171333- 171334 |
| 207. J_Data_gt4Years.xlsx | 171335- 171338 |
| 208. J_Population_and_Dependents_Workbook.xlsx | 171339- 171375 |
| 209. New_Counts_J1_ByCat.csv[145] | 171376- 171379 |
| 210. 01a_F_Data_Formatting_Archive.R[146] | 177026- 177031 |
| 211. 01b_New and Continuing Counts_Archive.R[147] | 177032- 177036 |
| 212. 02_AllCustomLoopFunctions_Archive.R[148] | 177037- 177045 |
| 213. 02_F_Data_Formatting_Parallel_Archive.R[149] | 177046- 177050 |
| 214. 03_F_Data_BehaviorFlagging_Archive.R[150] | 177051- 177063 |

[137] Document has been produced in pdf format, see VOL 1/0059.
[138] Document has been produced in pdf format, see VOL 1/0059.
[139] Document has been produced in pdf format, see VOL 1/0059.
[140] Document has been produced in pdf format, see VOL 1/0059.
[141] Document has been produced in pdf format, see VOL 1/0059.
[142] Document has been produced in pdf format, see VOL 1/0059.
[143] Document has been produced in pdf format, see VOL 1/0059.
[144] Document has been produced in pdf format, see VOL 1/0059.
[145] Document has been produced in pdf format, see VOL 1/0059.
[146] Document has been produced in pdf format, see VOL 1/0067.
[147] Document has been produced in pdf format, see VOL 1/0067.
[148] Document has been produced in pdf format, see VOL 1/0067.
[149] Document has been produced in pdf format, see VOL 1/0067.
[150] Document has been produced in pdf format, see VOL 1/0067.

| | |
|---|---|
| 215. 02_F-Program Process Events for Markov Model_Archive.R[151] | 177064- 177069 |
| 216. 03_F-Program Estimate Parameters for Markov Model_Archive.R[152] | 177070- 177079 |
| 217. 04_F-Program Markov Model_2026-01-16_Archive.R[153] | 177080- 177089 |
| 218. 01a_Data_Preprocess_Archive.R[154] | 177090- 177094 |
| 219. 01b_Dependent_Counts_Per_J1_Archive.R[155] | 177095- 177100 |
| 220. 02_Data_Formatting_Archive.R[156] | 177101- 177109 |
| 221. 03_Data_Formatting_Archive.R[157] | 177110- 177111 |
| 222. 02_J-Program Markov Model_Archive.R[158] | 177112- 177118 |
| 223. 2018 Warm Body_20250606_DECON.xlsx | 394492- 394492 |
| 224. 2021 Warm Body_DECON.xlsx | 394493- 409321 |
| 225. 2022 Warm Body_DECON.xlsx | 409322- 409322 |
| 226. 2023 Warm Body_DECON.xlsx | 409323- 409323 |
| 227. 2024 Warm Body_DECON.xlsx | 409324- 409324 |
| 228. Counts 2022-2024 inc Dep_revised.xlsx | 409325- 409331 |
| 229. 01_J-Program Administrative Data Summaries for Markov Inputs_Archive.pdf | 527392- 527399 |
| 230. 02_J-Program Markov Model_Archive.pdf | 527400- 527409 |
| 231. 2025_F_Data_Formatted_15perc_Archive.csv[159] | 533191- 533191 |

[151] Document has been produced in pdf format, see VOL 1/0067.
[152] Document has been produced in pdf format, see VOL 1/0067.
[153] Document has been produced in pdf format, see VOL 1/0067.
[154] Document has been produced in pdf format, see VOL 1/0067.
[155] Document has been produced in pdf format, see VOL 1/0067.
[156] Document has been produced in pdf format, see VOL 1/0067.
[157] Document has been produced in pdf format, see VOL 1/0067.
[158] Document has been produced in pdf format, see VOL 1/0067.
[159] Document has been produced in Native format, see VOL 4/0022.