**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>Defendants. | Civil Action No. 1:26-cv-13799<br><br>Class Action |

**DECLARATION OF AMY BESSADA**

I, Amy Bessada, declare as follows:

1. I am employed by the United States Department of Homeland Security ("DHS") as a Regulatory Analysis Team Supervisor in the Office of the Principal Legal Advisor (OPLA), at U.S. Immigration and Customs Enforcement ("ICE"), and my office is located in Washington, D.C.

2. I oversaw the agency's compilation of the documents and materials considered in drafting and issuing the *Establishing a Fixed Time Period of Admission and an Extension of Stay Procedure for Nonimmigrant Academic Students, Exchange Visitors, and Representatives of Foreign Information Media*, 91 Fed. Reg. 44976 (July 17, 2026) (Final Rule).

3. To the best of my knowledge, information, and belief, the attached documents, also designated in the accompanying Index of Certified Administrative Record and an Appendix A, constitute a true and complete copy of all non-privileged documents and materials considered

by the agency in drafting and issuing the *Establishing a Fixed Time Period of Admission and an Extension of Stay Procedure for Nonimmigrant Academic Students, Exchange Visitors, and Representatives of Foreign Information Media* 91 Fed. Reg. 44976 (July 17, 2026) (Final Rule).

4. I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

AMY L BESSADA Digitally signed by AMY L BESSADA Date: 2026.10.23 15:24:42 -04'00'

Amy Bessada

Executed on this 23rd day of October 2026, in Washington, D.C.