**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, *et al.* | |
| Plaintiffs, | Civil Action No. 1:26-cv-13799 |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

**<u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Federal Rule of Civil Procedure 56, Defendants hereby move for summary judgment on all claims in Plaintiffs' complaint, ECF No. 1.[1] The reasons supporting this motion and the arguments and authorities on which Defendants rely are set forth in the accompanying memorandum and the Certified Administrative Record. For the reasons explained in the accompanying memorandum, the Court should deny Plaintiffs' motion for summary judgment, grant Defendants' motion for summary judgment, and enter judgment for Defendants.

**<u>REQUEST FOR ORAL ARGUMENT</u>**

Pursuant to Local Rule 7.1(d), Defendants request oral argument.

[1] In accordance with this Court's October 16, 2026, Order, Defendants are not including a separate statement of material facts of record or other information that would otherwise be required under Local Rule 56.1. Defendants intend to file excerpts of the Administrative Record relied upon once briefing is complete.

Dated: October 30, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

WILLIAM C. SILVIS
Assistant Director

DANIEL SCHUTRUM-BOWARD
MICHAEL A. CELONE
Senior Litigation Counsels

<u>/s/ Oleksiy Isaev</u>
OLEKSIY ISAEV
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
Post Office Box 878 | Ben Franklin Station |
Washington, D.C. 20044
Oleksiy.Isaev@usdoj.gov
202-431-1481
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

<u>/s/ Oleksiy Isaev</u>
OLEKSIY ISAEV
Trial Attorney