**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-13799-FDS |

## PLAINTIFFS' RENEWED MOTION FOR SUMMARY JUDGMENT

Pursuant to the Court's order of October 16, 2026 (Dkt. 61) and Rule 56(a) of the Federal Rules of Civil Procedure, Plaintiffs, through undersigned counsel, respectfully move the Court to award summary judgment in Plaintiffs' favor on all counts. Summary judgment is warranted for the reasons explained in Plaintiffs' memorandum of law accompanying their motion for a Section 705 stay, a preliminary injunction, or, in the alternative, summary judgment (Dkt. 13), which Plaintiffs incorporate by reference in full in accordance with the Court's October 16, 2026 order. Summary judgment is further warranted for the additional reasons explained in Plaintiffs' accompanying supplemental memorandum of law.

Pursuant to Local Rule 7(a)(2), counsel for Plaintiffs certify that they conferred with counsel for Defendants regarding this motion. Counsel for Defendants stated they oppose the relief requested.

Dated: October 30, 2026

Respectfully submitted,

/s/ *Paul W. Hughes*

Paul W. Hughes (DC Bar No. 997235)*
Emmett Witkovsky-Eldred (DC Bar No. 90012725)*
McDermott Will & Schulte LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mcdermottlaw.com
* *pro hac vice*

Dana McSherry (MA BBO #664430)
McDermott Will & Schulte LLP
200 Clarendon Street, Floor 58
Boston, MA 02116
(617) 535-4060
dmcsherry@mcdermottlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that, on October 30, 2026, I caused a copy of the foregoing motion to be filed via ECF, which served all parties required to be served.

Dated: October 30, 2026

/s/ *Paul W. Hughes*

Paul W. Hughes
McDermott Will & Schulte LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mcdermottlaw.com