**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-13799-FDS |

**DECLARATION OF PAUL W. HUGHES**

I, Paul W. Hughes, declare as follows:

1. I am a partner at McDermott Will & Schulte LLP and counsel for Plaintiffs in this action. I make this declaration based on my own personal knowledge and business records reasonably available to me in my role as counsel for Plaintiffs. If called as a witness, I could and would testify competently to the matters stated herein.

2. Pursuant to the Court's October 16, 2026 order, on the evening of October 23, 2026, counsel for Defendants transferred to counsel for Plaintiffs an Administrative Record, in a ZIP file exceeding 84 GB and totaling more than 500,000 pages, which are not text-searchable. Contained within the Administrative Record are (among other things) nearly 22,000 public comments, many of which span multiple pages and/or include attachments. Counsel for Defendants also filed with the Court an Administrative Record Index that does not specify the Bates numbering of individual comments. *See* Dkt. 65.

3. Despite the best efforts of counsel for Plaintiffs, due to unforeseen technical difficulties and the size and nature of the Administrative Record production and Administrative Record index, counsel for Plaintiffs have not yet located within the Administrative Record files provided

by counsel for Defendants the Bates numbering corresponding to each record document cited in the memorandum of law in support of Plaintiffs' Renewed Motion for Summary Judgment.

4. Accordingly, in lieu of citations to the Bates numbering of these documents as provided in counsel for Defendants' Administrative Records files, attached hereto as Exhibits A-N are true and accurate copies of comments and other documents obtained from Docket ICEB-2025-0001, in connection with the Department of Homeland Security's Proposed Rule *Establishing a Fixed Time Period of Admission and an Extension of Stay Procedure for Nonimmigrant Academic Students, Exchange Visitors, and Representatives of Foreign Information Media, Department of Homeland Security*. All comments and other documents provided herein are publicly available at https://www.regulations.gov/docket/ICEB-2025-0001 by searching the Document ID for each document or by visiting the URL provided in each paragraph below.

5. Counsel for Plaintiffs intend, as soon as possible, to provide the Court an appendix with Bates numbering from the Administrative Record files supplied by Counsel for Defendants that reproduces every document cited in Plaintiffs' prior memorandum of law (Dkt. 13), Plaintiffs' supplemental memorandum of law, and, as necessary, Plaintiffs' forthcoming response to Defendants' supplemental memorandum of law.

6. Attached as Exhibit A is a true and accurate copy of a comment submitted by the Association of Public and Land-grant Universities (APLU), Document ID ICEB-2025-0001-16108, available at https://www.regulations.gov/comment/ICEB-2025-0001-16108.

7. Attached as Exhibit B is a true and accurate copy of a comment submitted by Emilie Buse, Document ID ICEB-2025-0001-19025, available at https://www.regulations.gov/comment/ICEB-2025-0001-19025.

8. Attached as Exhibit C is a true and accurate copy of a comment submitted the University of Pennsylvania, Document ID ICEB-2025-0001-16055, available at https://www.regulations.gov/comment/ICEB-2025-0001-16055.

9. Attached as Exhibit D is a true and accurate copy of a comment submitted by Anonymous, Document ID ICEB-2025-0001-18453, available at https://www.regulations.gov/comment/ICEB-2025-0001-18453.

10. Attached as Exhibit E is a true and accurate copy of a comment submitted by Washington University in St. Louis, Document ID ICEB-2025-0001-18649, available at https://www.regulations.gov/comment/ICEB-2025-0001-18649.

11. Attached as Exhibit F is a true and accurate copy of Attachment 5 to a comment by Anonymous, Document ID ICEB-2025-0001-2168, available at https://www.regulations.gov/comment/ICEB-2025-0001-2168_5.

12. Attached as Exhibit G is a true and accurate copy of a comment submitted by the Presidents' Alliance on Higher Education and Immigration, Document ID ICEB-2025-0001-21230, available at https://www.regulations.gov/comment/ICEB-2025-0001-21230.

13. Attached as Exhibit H is a true and accurate copy of a comment submitted by the American Council on Education (ACE) and other higher education associations, Document ID ICEB-2025-0001-21851, available at https://www.regulations.gov/comment/ICEB-2025-0001-2185.

14. Attached as Exhibit I is a true and accurate copy of a comment submitted by Kara LaSota, Document ID ICEB-2025-0001-18999, available at https://www.regulations.gov/comment/ICEB-2025-0001-18999.

15. Attached as Exhibit J is a true and accurate copy of a comment submitted by the California Institute of Technology (Caltech), Document ID ICEB-2025-0001-15908, available at https://www.regulations.gov/comment/ICEB-2025-0001-15908.

16. Attached as Exhibit K is a true and accurate copy of a comment submitted by Anonymous, Document ID ICEB-2025-0001-20645, available at https://www.regulations.gov/comment/ICEB-2025-0001-20645.

17. Attached as Exhibit L is a true and accurate copy of a comment submitted by Emory University, Document ID, ICEB-2025-0001-15966, available at https://www.regulations.gov/comment/ICEB-2025-0001-15966.

18. Attached as Exhibit M is a true and accurate copy of a comment submitted by Zhen Ju, Document ID, ICEB-2025-0001-14336, available at https://www.regulations.gov/comment/ICEB-2025-0001-14336.

19. Attached as Exhibit N is a true and accurate copy of a comment submitted by the University of St. Thomas, Document ID, ICEB-2025-0001-14417, available at https://www.regulations.gov/comment/ICEB-2025-0001-14417.

I declare under penalty of perjury that the foregoing is true and correct to best of my knowledge.

Dated: __October 30, 2026________ ________________________________
Washington, DC Paul W. Hughes