**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 1:26-cv-13799-FDS |

**NOTICE OF FILING INDEX OF DEFENDANTS' CITATIONS TO THE ADMINISTRATIVE RECORD AND ACCOMPANYING EXHIBITS**

Defendants submit this notice of filing the Index of Defendants' citations to the Administrative Record in their Memorandum in Support of their Motion for Summary Judgment ("Memorandum") (ECF No. 67). Exhibit 1 represents the Index of Defendants' citations to the Administrative Record and Exhibits 2-14 represent excerpts from the Administrative Record upon which Defendants relied in their Memorandum.

Dated: November 6, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

WILLIAM C. SILVIS
Assistant Director

DANIEL SCHUTRUM-BOWARD
MICHAEL A. CELONE
Senior Litigation Counsel

*/s/Oleksiy Isaev*
OLEKSIY ISAEV
Trial Attorney
U.S. Department of Justice, Civil Division

Post Office Box 878 | Ben Franklin Station |
Washington, D.C. 20044
Oleksiy.isaev@usdoj.gov
202-431-1481
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Oleksiy Isaev*
OLEKSIY ISAEV
Trial Attorney

Dated: November 6, 2026