**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Presidents' Alliance on Higher Education and Immigration et al**
Plaintiffs

CIVIL ACTION

V.

NO. 26-cv-13799-FDS

**United States Department of Homeland Security et al**
Defendants

## ORDER OF DISMISSAL

Judge F. Dennis Saylor, IV

In accordance with the Court's Memorandum and Order dated November 16, 2026 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

11/16/2026
Date

/s/ Caetlin McManus
Deputy Clerk